U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

2022 MAY 19 PM 1:40

CLERK
BY /s/ AL
DEPUTY CLERK

5:22-cr-58-1-2

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) |
| SERHAT GUMRUKCU and BERK ERATAY | ) |

## INDICTMENT

The grand jury charges:

### Count One

Between in or about May 2017 to in or about February 2018, within the District of Vermont and elsewhere, the defendants, SERHAT GUMRUKCU and BERK ERATAY together and with others, did knowingly and intentionally conspire to cause another to travel in interstate commerce, and to use and cause another to use facilities of interstate commerce, namely cellular telephone networks, with intent that the murder of Gregory Davis be committed, in violation of 13 V.S.A. § 2301, as consideration for the receipt of, and as consideration for a promise and agreement to pay, something of pecuniary value, and the death of Gregory Davis resulted.

(18 U.S.C. § 1958)

A TRUE BILL

█████████████████
FOREPERSON

_/s/ Nikolas P. Kerest_
NIKOLAS P. KEREST (PJV/JAO)
United States Attorney
Burlington, Vermont
May 19, 2022