AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
для
District of Vermont

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2022 MAY 27 PM 3:42

CLERK

BY _____
DEPUTY CLERK

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 5:22-cr-58-1 |
| SERHAT GUMRUKCU | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   **SERHAT GUMRUKCU**,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint

☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

Knowingly and intentionally conspired to use interstate commerce to facilitate a murder-for-hire, between in or about May 2017 to in or about February 2018, resulting in death ((18 U.S.C. § 1958))

Date:    05/19/2022

_____
*Issuing officer's signature*

City and state:   BURLINGTON, VT

Emerson Howe, Deputy Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* 5.19.2022, and the person was arrested on *(date)* 5.24.2022
at *(city and state)* Las Vegas, Nevada.

Date: 5.27.2022

_____ for FBI
*Arresting officer's signature*

John Corkis / SDUSM
*Printed name and title*