NOTICE OF HEARING

---

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF VERMONT

United States of America

      v.                                                   Case No. 2:22-cr-58-1-2-3

Serhat Gumrukcu
Berk Eratay
Jerry Banks

TAKE NOTICE that the above-entitled case has been scheduled at 01:00 p.m. on Thursday, December 29, 2022 before Honorable Christina Reiss, District Judge, for an Arraignment on the Second Superseding Indictment via video conference.

Location: Courtroom 510                                     JEFFREY S. EATON, Clerk
                                                                          By: */s/ Lisa Wright*
                                                                                    Deputy Clerk
                                                                                    12/14/2022

TO:

Paul J. Van de Graaf, AUSA
Jonathan Ophardt, AUSA

David V. Kirby, Esq.
Robert W. Katims, Esq.
Michael L. Desautels, FPD
Mary M. Nerino, AFPD

Johanna Masse, Court Reporter