UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT
---------------------------------------------------x

UNITED STATES OF AMERICA

    v.                                                           Doc. No. 22-cr-58

SERHAT GUMRUKCU,
BERK ERATAY, and
JERRY BANKS,
    Defendants.

---------------------------------------------------x

## **PROPOSED ORDER**

On December 29, 2022, Dr. Serhat Gumrukcu, by and through counsel, filed an unopposed Motion to Extend the Motions Filing Deadline until March 30, 2023. Mr. Eratay and Mr. Banks, through counsel, have joined in that request. For good cause shown, that motion is granted.

Pursuant to 18 U.S.C. §3161(h)(1)(D), the Court finds that the ends of justice are best served by granting an extension of time and outweigh the best interests of the Defendants and the public in a speedy trial given defense counsels' need for additional time to review important discovery. The Defendants does not object to the exclusion of time from the Speedy Trial Act period. The government has no objection to this request for an extension of time.

Accordingly, the Defendant's Motion is GRANTED and, pursuant to 18 U.S.C. §3161(h)(1)(D), it is FURTHER ORDERED that the period of delay

resulting from the continuance shall be excludable in computing the time in which Pre-trial Motions must be filed in this cause pursuant to this District's Plan for Prompt Disposition of Criminal Cases. The time to be excluded as directed above shall commence on December 29, 2022 and shall continue through March 30, 2023.

DATED at Burlington, Vermont, this _____ day of December, 2022.

_____
Hon. Christina Reiss
United States District Court Judge