UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

IN THE MATTER OF: )
)
REASSIGNMENT OF U.S. CHIEF JUDGE )
GEOFFREY W. CRAWFORD'S )
CRIMINAL CASES )

## CASE REASSIGNMENT ORDER

Pursuant to 28 U.S.C. § 137, effective immediately, it is hereby ORDERED that all criminal cases temporarily assigned to United States District Judge Christina Reiss on December 9, 2022 shall be reassigned to United States District Court Chief Judge Geoffrey W. Crawford for all further proceedings.

SO ORDERED.

Dated at Burlington, in the District of Vermont, this 5th day of January, 2023.

Christina Reiss, District Judge
United States District Court