UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| United States of America,<br><br>                Plaintiff,<br><br>v.<br><br>SERHAT GUMRUKCU<br><br>                Defendant. | Docket No. 5:22-CR-58-1 |

NOTICE OF APPEARANCE

NOW COMES Lisa B. Shelkrot of the law firm Langrock Sperry & Wool, LLP, and hereby gives notice of notice of the firm's appearance on behalf of the defendant Serhat Gumrukcu in the above-captioned matter.

DATED at Burlington, Vermont this 23rd day of February, 2023

LANGROCK SPERRY & WOOL, LLP



Lisa B. Shelkrot
PO Box 721, 210 College Street
Burlington, VT 05402
lshelkrot@langrock.com
Phone: (802) 864-0217

Attorneys for Defendant Serhat Gumrukcu

1887568.1