UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT
-------------------------------------------X
UNITED STATES OF AMERICA

- against –                                                      Doc. No. 22-cr-58

SERHAT GUMRUKCU,
       Defendant.
-------------------------------------------X

# MOTION TO WITHDRAW AS COUNSEL

David V. Kirby, Esq., of the law firm of O'Connor & Kirby, P.C., hereby requests that the Court allow him to withdraw as counsel on behalf of the defendant SERHAT GUMRUKCU, in the above captioned matter.

Dated:
Pound Ridge, New York
February 28, 2023

*David V. Kirby*
David V. Kirby
O'Connor & Kirby, P.C.
260 Trinity Pass Road
Pound Ridge, NY 10576
David@KirbyOConnor.com
Tel: 802-233-2766