UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2023 MAR 20  AM 9: 55

CLERK

BY_____
DEPUTY CLERK

———————————————————X

UNITED STATES OF AMERICA,

vs.                                                                 CASE NO. 22-CR-58 (GWC)

SERHAT GUMRUKCU

          Defendant.
———————————————————X

## NOTICE OF APPEARANCE

NOW COMES Ethan A. Balogh of Balogh & Co. APC, and hereby gives notice of the firm's appearance on behalf of defendant Serhat Gumrukcu in the above-captioned matter. Mr. Balogh will serve as defendant's co-counsel; attorney Susan K. Marcus will remain lead counsel.

Dated this 13th day of March, 2023.

Respectfully submitted,

Ethan A. Balogh
Balogh & Co. APC
100 Pine Street, Suite 1250
San Francisco, CA 94111
T: (415) 391-0440
F: (415) 373-3901
E: eab@balcolaw.com

Attorneys for Serhat Gumrukcu