NOTICE OF HEARING

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF VERMONT

United States of America

      v.                                      Case No. 5:22-cr-58-1

Serhat Gumrukcu

TAKE NOTICE that the above-entitled case has been scheduled at 11:00 a.m. on Friday, March 24, 2023 in Burlington, Vermont, before Honorable Geoffrey W. Crawford, District Judge, for an Arraignment on the Third Superseding Indictment via video conference.

Location: via video conference                      JEFFREY S. EATON, Clerk
                                                                          By: */s/ Emerson Howe*
                                                                               Deputy Clerk
                                                                               3/21/2023

TO:

Jonathan Ophardt, AUSA
Paul J. Van de Graaf, AUSA

Lisa B. Shelkrot, Esq.
Susan K. Marcus, Esq.

Sunnie Donath, Court Reporter