UNITED STATES DISTRICT COURT DISTRICT OF VERMONT

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>    v. )<br>)<br>SERHAT GUMRUKCU, )<br>        Defendant. ) | Criminal No. 5:22-cr-58 |

## JOINT MOTION FOR PROTECTIVE ORDER

In order to facilitate the production of discovery containing non-public information of a potentially sensitive nature, the United States and defendant Serhat Gumrukcu, hereby jointly move for entry of the Stipulated Protective Order, filed concurrently herewith.

Dated at Burlington, in the District of Vermont, this 22nd day of March, 2023.

Respectfully submitted,

UNITED STATES OF AMERICA

NIKOLAS P. KEREST
United States Attorney

*/s/ Paul J. Van de Graaf*
PAUL J. VAN DE GRAAF
JONATHAN A. OPHARDT
Assistant U.S. Attorneys
P.O. Box 570
Burlington, VT 05402-0570
(802) 951-6725
paul.van.de.graaf@usdoj.gov

SERHAT GUMRUKCU

*/s/ Susan K. Marcus*
SUSAN K. MARCUS
Law Firm of Susan K Marcus LLC
29 Broadway, Suite 1412
New York, NY 10006
(212) 792-5131
susan@skmarcuslaw.com

*/s/ Ethan A. Balogh*
ETHAN A. BALOGH
Balogh & Co., APC
100 Pine Street, Suite 1250
San Francisco, CA 94111
(415) 391-0441
eab@balcolaw.com

*/s/ Lisa B. Shelkrot*
Lisa B. Shelkrot
Langrock Sperry & Wool
PO Box 721
Burlington, VT 05402-0721
(802) 864-0217
lshelkrot@langrock.com