NOTICE OF HEARING

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF VERMONT

United States of America

    v.                                     Case No. 5:22-cr-58-1-2-3

Serhat Gumrukcu, et al.

TAKE NOTICE that the above-entitled case has been scheduled at 02:30 p.m. on Friday, June 16, 2023 in Burlington, Vermont, before Honorable Geoffrey W. Crawford, District Judge, for a Status Conference.

Location: Courtroom 110                                JEFFREY S. EATON, Clerk
                                                                      By: /s/  Emerson Howe
                                                                        Deputy Clerk
                                                                        4/10/2023

TO:

Jonathan Ophardt, AUSA
Paul J. Van de Graaf, AUSA

Lisa B. Shelkrot, Esq.
Ethan A. Balogh, Esq.
Susan K. Marcus, Esq.

Robert W. Katims, Esq.

Michael L. Desautels, FPD
Mary M. Nerino, AFPD

Sunnie Donath, Court Reporter