UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2023 JUN 16 PM 4: 35

CLERK

BY _____

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| v. | ) Case No. 5:22-cr-58-01-02-03 |
| SERHAT GUMRUKCU, BERK ERATAY and JERRY BANKS, | ) |
| Defendants. | ) |

## SCHEDULING ORDER

Following a status conference and based upon the requests of counsel, the court sets the following trial schedule:

1. Motions not dependent upon the disclosure of discovery shall be filed by <u>October 1, 2023</u>.

2. Motions dependent at least in part on the disclosure of discovery shall be filed by <u>February 1, 2024</u>.

3. The prosecution shall provide expert witness disclosure and reports to the defense by <u>May 1, 2024</u>.

4. The defense shall provide expert witness disclosure and reports by <u>July 1, 2024</u>.

5. Any motion related to the expert witness testimony shall be filed within thirty (30) days of the disclosure of that witness.

6. Jury selection shall begin on <u>October 7, 2024</u>. The trial will commence immediately following jury selection.

7. The court will continue to set status conferences approximately every ninety (90) days. Unless otherwise ordered, counsel may appear by video so long as their clients file a waiver of appearance in advance of the conference.

8. By separate order and following receipt of a stipulated motion, the court will extend the Speedy Trial deadline through the October 7, 2024, trial date.

Dated at Burlington, in the District of Vermont, this 16th day of June, 2023.

Geoffrey W. Crawford, Chief Judge
United States District Court