UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

UNITES STATES OF AMERICA,
Plaintiff,

Docket No. 22-CR-58 (GWC)

v.

SERHAT DANIEL GUMRUKCU,
Defendant.

## ORDER ON DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE PRETRIAL MOTIONS

On August 24, Defendants filed an unopposed motion for an extension of time to file the first round of pretrial motions. The Government does not oppose this motion.

Pursuant to 18 U.S.C. § 3161(h)(7)(A), the Court finds that the ends of justice outweigh the interest of the Defendants and public in a speedy trial and that such ends are best served by granting an extension of time. An extension is necessary for effective preparation, considering the exercise of due diligence.

Defendant's motion is therefore, GRANTED, and defense's first motions shall be filed no later than October 6, 2023.

It is further ordered that the period of delay resulting from this extension of time shall be excludable in computing the time in which the trial in this case must commence pursuant to the Speedy Trial Act and this District's plan for Prompt Disposition of Criminal Cases. The time to be excluded, as outlined above, shall commence on September 1, 2023, and shall continue through October 6, 2023.

DATED at Burlington, in the District of Vermont, this 25th day of August, 2023.

Geoffrey W. Crawford, Chief Judge