1 | P a g e

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>SERHAT GUMRUKCU,<br><br>    Defendant. | Case No. 5:22-cr-58<br><br>**MOTION TO JOIN BERK ERATAY'S MOTION TO DISMISS** |

### MOTION TO JOIN BERK ERATAY'S MOTION TO DISMISS

  Dr. Serhat Gumrukcu hereby requests to join codefendant Berk Eratay's motion to dismiss, filed October 6, 2023, ECF 109.

  Dated this 6th Day of October 2023.

                Respectfully submitted,

                */s/ Susan K. Marcus*
                SUSAN K. MARCUS
                Law Firm of Susan K Marcus LLC
                29 Broadway, Suite 1412
                New York, NY 10006
                (212) 792-5131
                susan@skmarcuslaw.com

                */s/ Ethan A. Balogh*
                ETHAN A. BALOGH
                Balogh & Co., APC
                100 Pine Street, Suite 1250
                San Francisco, CA 94111
                (415) 391-0441
                eab@balcolaw.com

                */s/ Lisa B. Shelkrot*

    Lisa B. Shelkrot
    Langrock Sperry & Wool
    PO Box 721
    Burlington, VT 05402-0721
    (802) 864-0217
    lshelkrot@langrock.com


    Attorneys for Defendant
    SERHAT GUMRUKCU