USDC-VT Video Consent 1/2021

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2024 FEB 21 PM 3:19

CLERK

BY ___KP___
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
for the
District of Vermont

United States of America

v.

Serhat Gumrukcu

Case No. __22-CR-58__

## CONSENT TO PARTICIPATE IN HEARING
## VIA VIDEO TELECONFERENCE

NOW COMES the defendant, by and through counsel, and consents to participate by video teleconference in the ____status____ hearing, scheduled on __Feb 22, 2024__ at __1:30__ ☐ a.m. / ☑ p.m. in ☐ Burlington / ☑ Rutland, Vermont. *See* Fed. R. Crim. P. 5(g); 10(c); and 43.

The defendant also agrees, for purposes of this hearing, that video teleconferencing technology satisfies the requirement of Fed. R. Crim. P. 10(a) that the hearing be conducted "in open court" and of Rule 43(a) that the defendant be "present" at the hearing.

__2/20/24__
Date

__Serhat Gumrukcu__    *consented to counsel over telephone*
Defendant

__2/20/24__
Date

_____
Counsel for Defendant

*The defendant's request to participate via video teleconference is hereby **APPROVED**.*

__21 February 2024__
Date

_____
Chief Judge, U.S. District Court