REVISED NOTICE OF HEARING

## UNITED STATES DISTRICT COURT
### FOR THE
### DISTRICT OF VERMONT

United States of America

      v.                                                Case No. 5:22-cr-58-1-2

Serhat Gumrukcu,
Berk Eratay

TAKE NOTICE that the above-entitled case has been rescheduled to 9:00 AM on Monday, September 23, 2024 before Honorable Geoffrey W. Crawford, District Judge, for a Jury Draw. The Jury Trial will commence immediately after and will continue through Friday, October 25, 2024. Each day will begin at 9:00 a.m. and adjourn at 5:00 p.m.

Location: To be determined                                      JEFFREY S. EATON, Clerk
*RESCHEDULED FROM  9/16/2024-10/11/2024*        By: /s/  Emerson Howe
                                                                            Deputy Clerk
                                                                                 3/5/2024

TO:

Paul J. Van de Graaf, AUSA
Zachary B. Stendig, AUSA

Lisa B. Shelkrot, Esq.
Ethan A. Balogh, Esq.
Susan K. Marcus, Esq.

Alan J. Sullivan, Esq.
Mark D. Oettinger, Esq.

Sunnie Donath, Court Reporter