UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2024 MAR 15  AM 10: 45

CLERK

BY_____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| v. | ) Case No. 5:22-cr-58 |
| SERHAT GUMRUKCU, BERK ERATAY and JERRY BANKS | ) |
| Defendants. | ) |

## ORDER

Due to health issues, this case is transferred to the Hon. Christina Reiss for all purposes. The date for the commencement of trial remains September 23, 2024.

Dated at Burlington, in the District of Vermont, this 15th day of March, 2024.

Geoffrey W. Crawford, Chief Judge
United States District Court