NOTICE OF HEARING

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF VERMONT

United States of America

    v.                                                                      Case No. 5:22-cr-58-1

Serhat Gumrukcu

TAKE NOTICE that the above-entitled case has been scheduled at 03:00 p.m. on Monday, June 10, 2024 in Burlington, Vermont, before Honorable Christina Reiss, District Judge, for a Pretrial Conference.

Location: Courtroom 510                              JEFFREY S. EATON, Clerk
                                                                       By: */s/ Lisa Wright*
                                                                       Deputy Clerk
                                                                       3/20/2024

TO:

Paul J. Van de Graaf, AUSA
Zachary B. Stendig, AUSA

Lisa B. Shelkrot, Esq.
Ethan A. Balogh, Esq.
Susan K. Marcus, Esq.

Johanna Masse, Court Reporter