SECOND REVISED NOTICE OF HEARING

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF VERMONT

United States of America

    v.                                                          Case No. 5:22-cr-058-1

Serhat Gumrukcu

TAKE NOTICE that the above-entitled case has been scheduled at 09:00 a.m. on Monday, September 23, 2024 in Burlington, Vermont, before Honorable Christina Reiss, District Judge, for a Jury Draw. Trial will commence immediately after Jury Draw and will continue through Friday, October 25, 2024. Trial will begin at 9:00 a.m. and adjourn at 4:30 p.m. daily.

Location: Courtroom 510

JEFFREY S. EATON, Clerk
By: */s/ Jennifer B. Ruddy*
Deputy Clerk
5/6/2024

TO:

Paul J. Van de Graaf, AUSA
Zachary Stendig, AUSA

Lisa B. Shelkrot, Esq.
Ethan Balogh, Esq.
Susan Marcus, Esq.

Johanna Masse, Court Reporter

> Revised to reflect: Trial will be held in Burlington Courtroom 510 before District Judge Christina Reiss. Defendant Berk Eratay is no longer on trial.