REVISED NOTICE OF HEARING

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF VERMONT

United States of America

    v.                                                          Case No. 5:22-cr-58-1

Serhat Gumrukcu

TAKE NOTICE that the above-entitled case has been rescheduled at 10:00 a.m. on Monday, June 10, 2024 in Burlington, Vermont, before Honorable Christina Reiss, District Judge, for a Status Conference.

| | |
|---|---|
| Location: Courtroom 510 | JEFFREY S. EATON, Clerk |
| Rescheduled from: 3:00 p.m. | By: */s/ Jennifer B. Ruddy* |
| | Deputy Clerk |
| | 5/13/2024 |

TO:

Paul J. Van de Graaf, AUSA
Zachary Stendig, AUSA

Lisa B. Shelkrot, Esq.
Ethan Balogh, Esq.
Susan Marcus, Esq.

Sunnie Donath, Court Reporter