NOTICE OF HEARING

---

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF VERMONT

United States of America

    v.                                              Case No. 5:22-cr-58-1

Serhat Gumrukcu

TAKE NOTICE that the above-entitled case has been scheduled at 01:30 p.m. on Monday, August 05, 2024 in Burlington, Vermont, before Honorable Christina Reiss, District Judge, for a Final Pretrial Conference.

Location: Courtroom 510                                   JEFFREY S. EATON, Clerk
                                                                                 By: */s/ Jennifer B. Ruddy*
                                                                                  Deputy Clerk
                                                                                  5/13/2024

TO:

Paul J. Van de Graaf, AUSA
Zachary Stendig, AUSA

Lisa B. Shelkrot, Esq.
Ethan Balogh, Esq.
Susan Marcus, Esq.

Sunnie Donath, Court Reporter