REVISED NOTICE OF HEARING

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF VERMONT

United States of America

    v.                                        Case No. 5:22-cr-058

Serhat Gumrucku

TAKE NOTICE that the above-entitled case has been scheduled at 01:30 p.m. on Monday, July 29, 2024 in Burlington, Vermont, before Honorable Christina Reiss, District Chief Judge, for a Motion Hearing and a Pretrial Conference.

Location: Courtroom 510
*Notice revised to reflect the addition of a a Pretrial Conference.*

JEFFREY S. EATON, Clerk
By: */s/ Jennifer B. Ruddy*

Deputy Clerk
7/24/2024

TO:

Paul J. Van de Graaf, AUSA
Zachary Stendig, AUSA

Ethan Balogh, Esq.
Lisa Shelkrot, Esq.
Susan Marcus, Esq.

Johanna Masse, Court Reporter

*The court has allotted three (3) hours for this hearing.*