THIRD REVISED NOTICE OF HEARING

# UNITED STATES DISTRICT COURT
### FOR THE
### DISTRICT OF VERMONT

United States of America

  v.            Case No. 5:22-cr-058-1

Serhat Gumrukcu

TAKE NOTICE that the above-entitled case has been scheduled at 09:00 a.m. on **Tuesday, September 24, 2024** in Burlington, Vermont, before Honorable Christina Reiss, District Judge, for a Jury Draw. Trial will commence immediately after Jury Draw and will continue through Friday, October 25, 2024. Trial will begin at 9:00 a.m. and adjourn at 4:30 p.m. daily.

Location: Courtroom 510

               JEFFREY S. EATON, Clerk
             By: /s/ *Jennifer B. Ruddy*
               Deputy Clerk
               8/5/2024

TO:

               Revised to reflect that Jury Draw will be held on Tuesday, September 24 at 9:00 a.m.

Paul J. Van de Graaf, AUSA
Zachary Stendig, AUSA

Lisa B. Shelkrot, Esq.          Trial will not be held on 10/2/2024,
Ethan Balogh, Esq.           10/11/2024, and 10/14/2024 due to
Susan Marcus, Esq.           holidays.

Johanna Masse, Court Reporter