UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2024 AUG 19 PM 12:45

CLERK
BY _____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Case No. 5:22-cr-00058-cr |
| SERHAT GUMRUKCU, Defendant. | Filed Under Seal |

## ORDER

This matter having been presented to the Court by the United States of America, and the Court having considered said motion, to protect the safety of the government's witnesses and ensure the integrity of anticipated evidence to be presented at trial, it is hereby

ORDERED, that the Government's Response to Defendant's Motion in Limine to Exclude Evidence is hereby sealed from public access. *Rebut infata was discussed on the record in open court to which the public had access.* CR

Dated at Burlington, in the District of Vermont, this 19th day of August, 2024.

_____
HONORABLE CHRISTINA REISS
Chief, United States District Judge