U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2024 AUG 23 AM 8:37

CLERK

BY
DEPUTY CLERK

*USDC-VT Video Consent 1/2021*

# UNITED STATES DISTRICT COURT
for the
District of Vermont

United States of America

v.

Case No. _____22-CR-58_____

Serhat Gumrukcu

### CONSENT TO PARTICIPATE IN HEARING
### VIA VIDEO TELECONFERENCE

NOW COMES the defendant, by and through counsel, and consents to participate by video teleconference in the _____status conference_____ hearing, scheduled on _____Aug 23, 2024_____ at __12__ ☐ a.m. / ☑ p.m. in ☑ Burlington / ☐ Rutland, Vermont. *See* Fed. R. Crim. P. 5(g); 10(c); and 43.

The defendant also agrees, for purposes of this hearing, that video teleconferencing technology satisfies the requirement of Fed. R. Crim. P. 10(a) that the hearing be conducted "in open court" and of Rule 43(a) that the defendant be "present" at the hearing.

August 22, 2024
Date

_(signature)_
Defendant

August 22, 2024
Date

*Susan Marcus*
Counsel for Defendant

*The defendant's request to participate via video teleconference is hereby APPROVED.*

8/23/2024
Date

/s/Christina Reiss, Chief District Judge
U.S. District/Magistrate Judge