REVISED NOTICE OF HEARING

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF VERMONT

United States of America

    v.     Case No. 5:22-cr-058-1

Serhat Gumrukcu

TAKE NOTICE that the above-entitled case has been scheduled at 01:30 p.m. on Friday, September 27, 2024 in Burlington, Vermont, before Honorable Christina Reiss, District Chief Judge, for an Arraignment on the Fourth Superseding Indictment and a Status Conference.

Location: **Courtroom 510**

JEFFREY S. EATON, Clerk
By: */s/ Jennifer B. Ruddy*
Deputy Clerk
9/3/2024

TO:

Paul J. Van de Graaf, AUSA
Zachary Stendig, AUSA

Ethan Balogh, Esq.
Susan Marcus, Esq.

Johanna Masse, Court Reporter

> This hearing is now scheduled as an **in person** hearing and includes an Arraignment.