FOURTH REVISED NOTICE OF HEARING

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF VERMONT

United States of America

    v.                                       Case No. 5:22-cr-058

Serhat Gumrukcu

TAKE NOTICE that the above-entitled case has been rescheduled at 09:00 a.m. on Friday, March 14, 2025 in Burlington, Vermont, before Honorable Christina Reiss, Chief District Judge, for a Jury Draw. Trial will commence immediately after draw and will be held daily, from 9:00 a.m., until 4:30 p.m., through April 18, 2025.

Location: Courtroom 510                                 JEFFREY S. EATON, Clerk
                                                                        By: */s/ Jennifer B. Ruddy*
                                                                         Deputy Clerk
                                                                         10/17/2024

TO:

Paul J. Van de Graaf, AUSA
Zachary Stendig, AUSA

Ethan Balogh, Esq.
Susan Marcus, Esq.

Johanna Masse, Court Reporter