NOTICE OF HEARING

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF VERMONT

United States of America

     v.                                       Case No. 5:22-cr-058-1

Serhart Gumrukcu

TAKE NOTICE that the above-entitled case has been scheduled at 01:00 p.m. on Tuesday, February 04, 2025 in Burlington, Vermont, before Honorable Christina Reiss, Chief District Judge, for a Hearing on Motion to Exclude the Testimony of Defendant's Expert Witness.

Location: Courtroom 510

JEFFREY S. EATON, Clerk
By: */s/ Jennifer B. Ruddy*
Deputy Clerk
10/21/2024

TO:

Zachary B. Stendig, AUSA
Paul Van de Graaf, AUSA

Ethan Balogh, Esq.
Susan Marcus, Esq.

Johanna Masse, Court Reporter