UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>SERHAT GUMRUKCU,<br>　　Defendant. | Docket No. 22-cr-00058 |

GOVERNMENT'S MOTION TO FILE UNDER SEAL GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION ALLEGING BRADY/GIGLIO VIOLATIONS AND REQUEST FOR IN CAMERA REVIEW OF MEIDCAL RECORDS

　　The United States of America, by its attorney, Michael P. Drescher, Acting United States Attorney for the District of Vermont, hereby moves this Court to seal Government's Response to Defendant's Motion Alleging Brady/Giglio Violations and Request for In Camera Review of Medical Records, filed on April 6, 2025 (document number is unknown at the time of filing), based on the fact the motion addresses the personal health records and mental health history of a co-conspirator and witness in the trial against Serhat Gumrukcu.

　　Based on the foregoing information, the Government requests that Government's Response to Defendant's Motion Alleging Brady/Giglio Violations and Request for in Camera Review of Medical Records (except for service to defendant Gumrukcu), be sealed.

　　Dated at Burlington, in the District of Vermont, this 6th day of April, 2025.

　　　　　　　　　　　　　　　　　　　　　　　MICHAEL P. DRESCHER
　　　　　　　　　　　　　　　　　　　　　　　Acting United States Attorney

　　　　　　　　　　　　　　　　　　　By:　/s/*Zachary Stendig*
　　　　　　　　　　　　　　　　　　　　　PAUL J. VAN DE GRAAF
　　　　　　　　　　　　　　　　　　　　　ZACHARY STENDIG
　　　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorneys