AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

### DISTRICT OF VERMONT

United States of America
v.
Serhat Gumrukcu

**Defense Exhibit List Final**

Case Number: 2:22-cr-58

PRESIDING JUDGE:
Hon. Christina C. Reiss

PLAINTIFF'S ATTORNEY:
AUSAs
Van de Graaf & Stendig

**DEFENDANT'S ATTORNEY:**
Susan K. Marcus, Esq. & Ethan A. Balogh, Esq.

TRIAL DATES:
2025.03.14 - 2025.04.18

COURT REPORTER:
Johanna Masse

COURTROOM DEPUTY:
Jennifer Ruddy

| DEF. NO. | DATE OFFERED | MARKED | ADMITTED | Description of Exhibits* and Witnesses | Bates Number / Device / Source |
|---|---|---|---|---|---|
| A2 | 3/31/2025 | | yes | LAPD Receipt for Serhat Gumrukcu's Property Taken Into Custody on 2017.02.09 | DEF_002134 |
| A5 | 4/9/2025 | yes | yes | Seraph Medical LLC Patient Services Agreement | DEF_002897 |
| A6 | 4/9/25 | yes | yes | Seraph Medical Experimental Drug Treatment Plan Information and Consent Form | PMMD00504 |
| A7 | 4/10/2025 | yes | yes | United States Patent Number: 12,194,062 B2 | DEF_000096 |
| A8 | 4/15/25 | yes | yes | Israeli Patent Number 274632 | DEF_00016d0 |
| A9 | 4/15/25 | yes | yes | Australian Patent Number: 2018367546 | DEF_000161 |
| A10 | 4/15/25 | yes | yes | Certification of Japanese Patent No. 2020-545238 | DEF_000001 |
| A16 | 4/15/2025 | yes | yes | Consulting Agreement between Dandrit Biotech USA, Inc. & Dr. Serhat Gumrukcu -- Executed as of April 21, 2017 | CM_002410 |
| A20 | 4/10/2025 | | yes | POSTER -- Gene modified CD34+ cells with increased ALDH1 expression confers *in vitro* protection against cyclophosphamide; Halder et al. | EN-GJ_0017902 |
| A21 | 4/10/2025 | yes | yes | Presentation-- Gene modified CD34+ cells with increased ALDH1 expression confers *in vitro* protection against cyclophosphamide; Halder et al. | EN-GJ_0017903 |
| A26 | 4/10/2025 | yes | yes | Presentation Increased Engraftment of Gene Modified HSPCs Overexpressing ALDH1 in vivo; Gumrukcu et al. | EN-GJ_0017886 |
| B13 | 4/10/2025 | yes | yes | KR "HLA Mismatched "Allogeneic Potential of Inhibitory NK and gamma-delta T Cells as an HIV Cure Strategy" (Serhat Gumrukcu; Seraph Research | EN-GJ_0012193 |
| CC21 | 4/15/25 | yes | yes | Serhat.Gumrukcu@gmail.com Search History 11/28/15-4/5/2018 | DEF_002231 |
| DD 14 | 4/15/2025 | yes | yes | US Patent No. US 11,413,338 B2 | DEF_000554 |
| DD 22 | 4/14/2025 | yes | yes | Photo Serhat Gumrukcu Science Award (Year 2000) | DEF_000884 |
| NN3 | 3/17/2025 | yes | yes | Greg and Melissa Davis 2015 tax records | |
| II7 | 3/17/2025 | yes | yes | TD Bank | |
| II8 | 3/17/2025 | yes | yes | Bank Records | |
| II10 | 3/17/2025 | yes | yes | Mode Commodities Bank info | |
| NN7 | 3/17/2025 | yes | yes | Tax Return | |
| 43 | 3/17/2025 | yes | yes | Autopsy report | |

| KK5 | 3/19/2025 | yes | yes | Superseding Information | |
|---|---|---|---|---|---|
| KK7 | 3/19/2025 | yes | yes | Plea Agreement | |
| KK6 | 3/19/2025 | yes | yes | Cooperation Agreement 5K | |
| GGG4 | 3/21/2025 | yes | yes | Metadata Artifact Information | |
| GGG5 | 3/21/2025 | yes | yes | Metadata Artifact Information | |
| KK13 | 3/24/2025 | yes | yes | Threema voice calls | |
| PPP 20 | 3/25/2025 | yes | yes | Provisional Patent Agreement | |
| MMM 20 | 3/25/2025 | yes | yes | Sandler Letter to judge | |
| LLL2 | 3/25/2025 | yes | yes | Operating Agreement Weird Science | |
| PPP3 | 3/25/2025 | yes | yes | Patent Filing website: Patent Filer | |
| LLL12 | 3/25/2025 | yes | yes | Email from Sandler to Mr. Gumrukcu and Anderson | |
| LLL12c | 4/16/2025 | yes | yes | Emails from LLL12 | |
| LLL13 | 3/25/2025 | yes | yes | Email from Sandler to Mr. Gumrukcu | |
| MMM9 | 3/25/2025 | yes | yes | Email Dandrit Merger | |
| MMM11 | 3/25/2025 | yes | yes | Email from Rene Seller 5/27/2017 | |
| SSS7 | 3/25/2025 | yes | yes | Page 1 only Email Dandrit/Enochian | |
| LLL6 | 3/25/2025 | yes | yes | Promissory Note | |
| LLL7 | 3/25/2025 | yes | yes | Summary of terms | |
| SSS10 | 3/25/2025 | yes | yes | Email: 7/21/2017 | |
| MMM 14 | 3/25/2025 | yes | yes | Email Dandrit initial draft merger agreement…first page only 10/13/2017 | |
| SSS3 | 3/25/2025 | yes | yes | Email 1/12/18—page 1 only | |
| 155D | 3/26/2025 | yes | yes | Investing Management Baron Point | |
| ZZZZ4 | 3/26/2025 | yes | yes | Promissory Note | |
| ZZZZ5 | 3/26/2025 | yes | yes | Email from Gac to Brown string (redacted version) | |
| ZZZZ 13 | 3/26/2025 | yes | yes | Business Record | |
| ZZZZ8 | 3/26/2025 | yes | yes | Email from Gac to Gov't. re: Baron point deposit history | |
| ZZZZ 12 | 3/26/2025 | yes | yes | Quadrant Letter Mr. Bhandhukravi | |
| 155A | 3/26/2025 | yes | yes | Ebony and Ivory Purchase Order | |
| 155B | 3/26/2025 | yes | yes | Quadrant Financial group letter 1/27/15 | |
| 155D | 3/26/2025 | yes | yes | Baron Point | |
| QQQ4 | 3/26/2025 | yes | yes | Email 1/29/20215 | |
| QQQQQ19 | 3/27/2025 | yes | yes | Mode Lauren term sheet | |
| QQQQQ20 | 3/27/2025 | yes | yes | Executed Term Sheet | |
| QQQQQ18 | 3/27/2025 | yes | yes | Resolution of the members document | |
| QQQQQ8 | 3/27/2025 | yes | yes | Email chain dated 11/3/2016 | |
| ZZZZ15 | 3/27/2025 | yes | yes | US Bank records | |
| QQQQQ9 | 3/27/2025 | yes | yes | Email Gac to Mr. Gumrukcu 7/24/2017 | |
| QQQQ 24 | 3/27/2025 | yes | yes | 8/4/17 Quandrant Financial letter. | |
| QQQQ9 | 3/27/2025 | yes | yes | Confidentiality agreement | |

| | | | | | |
|---|---|---|---|---|---|
| QQQQ 25 | 3/27/2025 | yes | yes | 8/5/17 Quadrant Financial Letter | |
| QQQQ10 | 3/27/2025 | yes | yes | Email Gac to Davis | |
| DDD8 | 3/31/2025 | yes | | Email | |
| DDD 10 | 3/31/2025 | yes | yes | Order of dismissal | |
| QQQQQ21 | 4/1/2025 | yes | yes | Photograph Gac residence | |
| JJJ3A | 4/2/2025 | yes | yes | Pages 54, 55, 56 facebook photos of corvette | |
| FFF2 | 4/3/2025 | yes | yes | Bank records Bank of America | |
| FFF7 | 4/3/25 | yes | yes | Bank of America records | |
| WWW2 | 4/3/2025 | yes | yes | Exhibit A (pages 7+8) of Westfall report | |
| WWW 2-B | 4/3/25 | yes | yes | Exhibit B1 from Westfall report | |
| FFFF3 | 4/3/25 | yes | yes | Bank Records | |
| FFFF4 | 4/3/25 | yes | yes | Bank Records | |
| FFFF5 | 4/3/25 | yes | yes | Bank records | |
| WWW16 | 4/3/25 | yes | yes | Westfall annotated chart | |
| WWW17 | 4/3/25 | yes | yes | Westfall annotated chart | |
| FFFF1 | 4/3/25 | yes | yes | Same as government exhibit 301A | |
| FFFF6 | 4/3/2025 | yes | yes | Serhat Gumrukcu Bank Information | |
| JJJJ25 | 4/7/25 | yes | yes | Prisoner in transit form re: jerry banks | |
| JJJJ16 (n-a) | 4/7/25 | yes | yes | Jerry Banks medical records pages: 98, 103, 108, 109 | |
| JJJ10 | 4/7/25 | yes | yes | Audio recording of interview Jerry Banks | |
| RR5 | 4/8/25 | yes | yes | Bitlo Turkish MLAT letter | |
| RR6 | 4/8/25 | yes | yes | MLAT Bitlo certification letter in English | |
| EEE2 | 4/8/25 | yes | yes | Interview of Aron Ethridge on 4-9-2022 - first 10 minutes flash drive | |
| EEE8 | 4/8/25 | yes | yes | Interview of Aron Ethridge on 4-9-2022 - first 10 minutes flash drive | |
| 140A | 4/8/25 | yes | yes | Ebony and Ivory Doc. | |
| CCCC20a | 4/9/25 | yes | yes | Email String Greg Howell and Berk Eratay | |
| LLL1 | 4/10/2025 | yes | yes | Enochian Press Release | |
| DDD 17-A | 4/11/2025 | yes | yes | Photo Mr. Gumrukcu wedding day picture taken 7/21/13 | |
| DDD 17-B | 4/11/2025 | yes | yes | Photo (pg 6) in Oman | |
| PPP25 | 4/11/2025 | yes | yes | 2015 Medical Records of Samuel Cimino | |
| DDD 17-C | 4/11/2025 | yes | yes | Photo of Family, Mr. Gumrukcu's mom/dad. | |
| SSS22 | 4/15/25 | yes | yes | Bone marrow transplant study | |
| MMM26 | 4/15/2025 | yes | yes | Email Chain RE Weird Science | |
| MMM15 | 4/15/25 | yes | Yes | Email from Mr. Gumrukcu to Dandrit attorneys | |
| FFF1 | 4/15/25 | yes | yes | Bank of America Records | |

| | | | | | |
|---|---|---|---|---|---|
| FFF3 | 4/15/25 | yes | yes | Bank of America Records | |
| FFF6 | 4/15/2025 | yes | yes | US Bank Records | |
| FFFF 24 | 4/15/25 | yes | yes | Cashier's Check Chase bank | |
| XX11 | 4/15 | yes | yes | Email to Nazli Dindar | |
| TTT10 | 4/16/2025 | yes | yes | Airline Tickets Paulovich family member | |
| TTT11 | 4/16/2025 | yes | yes | Airline ticket Paulovich family member | |
| TTT12 | 4/16/2025 | yes | yes | Plater sent to Mr. Gumrukcu from Paulovich family | |
| TTT13 | 4/16/2025 | yes | yes | Card from Paulovich family with envelope | |