# UNITED STATES DISTRICT COURT
## DISTRICT OF VERMONT

United States of America
v.
## Serhat Gumrukcu

**GOVERNMENT'S
EXHIBIT LIST**

Case Number:    2:22-cr-58

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Christina Reiss | Paul J. Van de Graaf, Zachary B. Stendig | Susan K. Marcus, Ethan A. Balogh |
| TRIAL DATE(S): 03/14/2025 – 04/18/2025 | COURT REPORTER Johanna Masse | COURTROOM DEPUTY Jennifer Ruddy |

| Plf. No | Date Offered | Marked | Admitted | Description of Exhibits* and Witnesses | Bates Begin | Bates End |
|---|---|---|---|---|---|---|
| 0001 | 3/17/2025 | yes | yes | Photograph of Greg Davis | 00009743 | 00009743 |
| 0002 | 3/17/2025 | yes | yes | Map of Danville and Vermont | 00013430 | 00013430 |
| 0003 | 3/17/2025 | yes | yes | Aerial view of Hawkins Rd and North Danville | 00013428 | 00013428 |
| 0004 | 3/17/2025 | yes | yes | Aerial view of 884 Hawkins Road | 00013423 | 00013423 |
| 0005 | 3/17/2025 | yes | yes | Photograph of 884 Hawkins Road | 00008201 | 00008201 |
| 0006 | 3/17/2025 | yes | yes | Photograph of 884 Hawkins Road | 00007301 | 00007301 |
| 0007 | 3/17/2025 | yes | yes | Photograph of 884 Hawkins Road - vehicle in driveway | 00007996 | 00007996 |
| 0009 | 3/17/2025 | yes | yes | White SUV in Davis driveway | 00013427 | 00013427 |
| 0010 | 3/17/2025 | yes | yes | Close up of license plate | 00007302 | 00007302 |
| 0011 | 3/17/2025 | yes | yes | Photo of Gregg and Melissa | 00014269 | 00014269 |
| 0012 | 3/17/2025 | yes | yes | Map of West Danville and Barnet | 00013426 | 00013426 |
| 0013 | 3/17/2025 | yes | yes | Aerial photo of location of body | 00013425 | 00013425 |
| 0014 | 3/17/2025 | yes | yes | Photograph of Peacham Road, Barnet, VT on 1/7/18 | 00007332 | 00007332 |
| 0015 | 3/17/2025 | yes | yes | Photograph of Peacham Road, Barnet, VT on 1/7/18 | 00007900 | 00007900 |
| 0017 | 3/17/2025 | yes | yes | Photograph of Peacham Road, Barnet, VT on 1/7/18 | 00007337 | 00007337 |
| 0018 | 3/17/2025 | yes | yes | Photograph of Peacham Road, Barnet, VT on 1/7/18 | 00007903 | 00007903 |
| 0019 | 3/17/2025 | yes | yes | Photograph of Peacham Road, Barnet, VT on 1/7/18 | 00007341 | 00007341 |
| 0020 | 3/17/2025 | yes | yes | Photograph of Peacham Road, Barnet, VT on 1/7/18 | 00007964 | 00007964 |
| 0024 | 3/17/2024 | yes | yes | Photograph of Peacham Road, Barnet, VT on 1/7/18 | 00007953 | 00007953 |

| Plf. No | Date Offered | Marked | Admitted | Description of Exhibits* and Witnesses | Bates Begin | Bates End |
|---|---|---|---|---|---|---|
| 0030 | 3/17/2025 | yes | yes | Photograph of Peacham Road, Barnet, VT on 1/8/18 | 00008073 | 00008073 |
| 0038 | 3/17/2025 | yes | yes | Photographs of Greg Davis wallet | 00013476 | 00013476 |
| 0039 | 3/17/2025 | yes | yes | Photograph of Greg Davis Driver's license | 00012909 | 00012909 |
| 0040 | 3/17/2025 | yes | yes | Autopsy photograph | 00012832 | 00012832 |
| 0041 | 3/17/2025 | yes | yes | Autopsy photograph | 00012787 | 00012787 |
| 0043 | 3/17/2025 | yes | yes | Final Autopsy report | 00004517 | 00004522 |
| 0044 | 3/21/2025 | yes | yes | Murat Gumrukcu U.S. Customs Person Encounter List | 00013903 | 00013903.02 |
| 0044A | 3/21/2025 | yes | yes | 10/20/2013 Murat Gumrukcu I-94 U.S. Customs Person Encounter List | 00013368 | 00013368 |
| 0044B | 3/21/2025 | yes | yes | 09/01/2015 Murat Gumrukcu I-94 U.S. Customs Person Encounter List | 00013369 | 00013369 |
| 0044C | 3/21/2025 | yes | yes | 06/10/2016 Murat Gumrukcu I-94 U.S. Customs Person Encounter List | 00013371 | 00013371 |
| 0044D | 3/21/2025 | yes | yes | 12/18/2017 Murat Gumrukcu I-94 U.S. Customs Person Encounter List | 00013370 | 00013370 |
| 0045 | 3/21/2025 | yes | yes | Sedat Gumrukcu U.S. Customs Person Encounter List | 00013904 | 00013904.02 |
| 0045A | 3/21/2025 | yes | yes | 10/20/2013 Sedat Gumrukcu I-94 U.S. Customs Person Encounter List | 00013372 | 00013372 |
| 0045B | 3/21/2025 | yes | yes | 06/15/2014 Sedat Gumrukcu I-94 U.S. Customs Person Encounter List | 00013374 | 00013374 |
| 0045C | 3/21/2025 | yes | yes | 11/11/2014 Sedat Gumrukcu I-94 U.S. Customs Person Encounter List | 00013375 | 00013375 |
| 0045D | 3/21/2025 | yes | yes | 09/12/2017 Sedat Gumrukcu I-94 U.S. Customs Person Encounter List | 00013376 | 00013376 |
| 0045E | 3/21/2025 | yes | yes | 04/19/2018 Sedat Gumrukcu I-94 U.S. Customs Person Encounter List | 00013379 | 00013379 |
| 0045F | 3/21/2025 | yes | yes | 02/20/2019 Sedat Gumrukcu I-94 U.S. Customs Person Encounter List | 00013377 | 00013377 |
| 0045G | 3/21/2025 | yes | yes | 09/25/2019 Sedat Gumrukcu I-94 U.S. Customs Person Encounter List | 00013373 | 00013373 |

| Plf. No | Date Offered | Marked | Admitted | Description of Exhibits* and Witnesses | Bates Begin | Bates End |
|---------|--------------|--------|----------|----------------------------------------|-------------|-----------|
| 0045H | 3/21/2025 | yes | yes | 04/14/2022 Sedat Gumrukcu I-94 U.S. Customs Person Encounter List | 00013378 | 00013378 |
| 0046 | 3/21/2025 | yes | yes | Zehra Gumrukcu U.S. Customs Person Encounter List | 00013908 | 00013908.02 |
| 0046A | 3/21/2025 | yes | yes | 10/20/2013 Zehra Gumrukcu I-94 U.S. Customs Person Encounter List | 00013397 | 00013397 |
| 0046B | 3/21/2025 | yes | yes | 06/15/2014 Zehra Gumrukcu I-94 U.S. Customs Person Encounter List | 00013399 | 00013399 |
| 0046C | 3/21/2025 | yes | yes | 09/12/2017 Zehra Gumrukcu I-94 U.S. Customs Person Encounter List | 00013400 | 00013400 |
| 0046D | 3/21/2025 | yes | yes | 02/20/2019 Zehra Gumrukcu I-94 U.S. Customs Person Encounter List | 00013401 | 00013401 |
| 0046E | 3/21/2025 | yes | yes | 09/25/2019 Zehra Gumrukcu I-94 U.S. Customs Person Encounter List | 00013398 | 00013398 |
| 0047 | 3/21/2025 | yes | yes | Serhat Gumrukcu U.S. Customs Person Encounter List | 00013906 | 00013906.06 |
| 0048 | 3/21/2025 | yes | yes | Serhat Gumrukcu MD U.S. Customs Person Encounter List | 00013905 | 00013905 |
| 0049 | 3/21/2025 | yes | yes | Serhat Gumrukcu U.S. Customs Person Encounter List | 00013907 | 00013907 |
| 0051 | 3/18/2025 | yes | yes | Photograph of 102 and 104 Skytop Drive, Henderson, NV | 00012683 | 00012683 |
| 0052 | 3/18/2025 | yes | yes | Photograph of 102 Skytop Drive, Henderson, NV | 00012684 | 00012684 |
| 0053 | 3/18/2024 | yes | yes | Photograph of 104 Skytop Drive, Henderson, NV | 00012685 | 00012685 |
| 0054A | 3/18/2025 | yes | yes | Photograph of 2700 Las Vegas Blvd South, Las Vegas, NV | 00012686 | 00012686 |
| 0054B | 3/18/2025 | yes | yes | Photograph of 2700 Las Vegas Blvd South, Las Vegas, NV | 00012687 | 00012687 |
| 0055 | 3/19/2025 | yes | yes | Photograph of 2708 Oakey Blvd, Las Vegas, NV | 00013431 | 00013431 |
| 0056 | 3/18/2025 | yes | yes | Photograph of The Cosmopolitan Hotel, Las Vegas, NV | 00013909 | 00013909 |
| 0057 | 3/19/2025 | yes | yes | Email from Berk Eratay to Rubytuesdayyy on 7/18/17 | 30002818 | 30002818 |
| 0058 | 3/19/2025 | yes | yes | Email from Berk Eratay to Rubytuesdayyy on 7/19/17 at 12:44 | 30002894 | 30002894 |

| Plf. No | Date Offered | Marked | Admitted | Description of Exhibits* and Witnesses | Bates Begin | Bates End |
|---|---|---|---|---|---|---|
| 0059 | 3/19/2025 | yes | yes | Email from Berk Eratay to Rubytuesdayyy on 7/19/17 at 12:46 | 30003119 | 30003119 |
| 0060 | 3/19/2025 | yes | yes | Promissory Note in the amount of $305,000.00 dated 7/29/17 | 00012954 | 00012954 |
| 0065 | 3/19/2025 | yes | yes | Selected statements from Bank of America, Acct 1838 | 00000869 | 00000910 |
| 0066 | 3/19/2025 | yes | yes | Selected statements from US Bank, Acct 1901 | 00003676 | 00003733 |
| 0068 | 4/2/2025 | | Dem only | Chart of Money Flow to Cash | 00013335 | 00013335 |
| 0069 | 3/19/2025 | yes | yes | US Bank counter withdrawal slip dated 7-24-2017 in the amount of $9,000 | 00003591 | 00003591 |
| 0070 | 3/19/2025 | yes | yes | US Bank counter withdrawal slip dated 7-25-2017 in the amount of $9,000 | 00003592 | 00003592 |
| 0071 | 4/3/2025 | yes | yes | Cashier's check #1181304204 in the amount of $100,000.00 | 00011391 | 00011391 |
| 0072 | 4/3/2025 | | Dem only | Chart of Eratay Deposits 2015-2021 | 00013331 | 00013331 |
| 0073 | 4/3/2025 | | Dem only | Chart of Eratay Deposits 2015-2021 Summary | 00013331.02 | 00013331.02 |
| 0074 | 4/3/2025 | yes | yes | Bank Analysis - Berk Eratay Bank Account Deposit Summary | 00013841 | 00013841 |
| 0074A | 4/2/2025 | yes | yes | Bank Analysis - Berk Eratay Bank of America Acct 1838 Deposit Detail | 00013842 | 00013842.06 |
| 0074B | 4/3/2025 | yes | yes | Bank Analysis - Berk Eratay US Bank Acct 1901 Deposit Detail | 00013843 | 00013843.02 |
| 0074C | 4/3/2025 | yes | yes | Bank Analysis - Berk Eratay Bank of America Acct 4015 Deposit Detail | 00013844 | 00013844.07 |
| 0074D | 4/3/2025 | yes | yes | Bank Analysis - Berk Eratay Bank of America Acct 8905 Deposit Detail | 00013845 | 00013845.03 |
| 0074E | 4/3/2025 | yes | yes | Bank Analysis - Berk Eratay Deposits from Serhat Gumrukcu Indirect Sources | 00013846 | 00013846.02 |
| 0080 | 4/2/2025 | yes | yes | Bank Analysis - Berk Eratay Apple Note Tracker | 00013847 | 00013847.06 |
| 0082 | 3/19/2025 | yes | yes | Bank Analysis - Berk Eratay 2017 Wire Recepts from Serhat Gumrukcu and Select Cash Withdrawals | 00013848 | 00013848 |
| 0086 | 4/2/2025 | yes | yes | Bank Summaries - Bank of America Acct 4015 | 00013853 | 00013853.13 |

| Plf. No | Date Offered | Marked | Admitted | Description of Exhibits* and Witnesses | Bates Begin | Bates End |
|---|---|---|---|---|---|---|
| 0087 | 4/2/2025 | yes | yes | Bank Summaries - Bank of America Acct 8905 | 00013854 | 00013854.03 |
| 0088 | 4/2/2025 | yes | yes | Bank Summaries - Bank of America Acct 1838 | 00013855 | 00013855.05 |
| 0089 | 4/2/2025 | yes | yes | Bank Summaries - Bank of America Acct 7352 | 00013856 | 00013856.03 |
| 0090 | 4/2/2025 | yes | yes | Bank Summaries - Bank of America Acct 1580 | 00013857 | 00013857 |
| 0091 | 4/2/2025 | yes | yes | Bank Summaries - Boston Private Acct 8601 | 00013861 | 00013861 |
| 0092 | 4/2/2025 | yes | yes | Bank Summaries - US Bank Acct 5321 | 00013870 | 00013870.07 |
| 0093 | 4/2/2025 | yes | yes | Bank Summaries - Bank of America Acct 8387 | 00013860 | 00013860.02 |
| 00d | 4/2/2025 | yes | yes | Bank Summaries - Bank of America Acct 5393 | 00013859 | 00013859.07 |
| 0095 | 4/2/2025 | yes | yes | Bank Summaries - Boston Private Acct 85d | 00013863 | 00013863.02 |
| 0096 | 4/2/2025 | yes | yes | Bank Summaries - Citibank Acct 0002 | 00013864 | 00013864.02 |
| 0097 | 4/2/2025 | yes | yes | Bank Summaries - Citibank Acct 0770 | 00013865 | 00013865.06 |
| 0098 | 4/2/2025 | yes | yes | Bank Summaries - Garanti BBVA Acct 6339 | 00013866 | 00013866.08 |
| 0099 | 4/2/2025 | yes | yes | Bank Summaries - Garanti BBVA Acct 6340 | 00013867 | 00013867 |
| 0100 | 4/2/2025 | yes | yes | Bank Summaries - Boston Private Acct 0031 | 00013862 | 00013862.04 |
| 0101 | 4/2/2025 | yes | yes | Bank Summaries - US Bank Acct 1901 | 00013869 | 00013869.05 |
| 0102 | 4/2/2025 | yes | yes | Bank Summaries - US Bank Acct 5021 | 00013871 | 00013871 |
| 0103 | 4/2/2025 | yes | yes | Bank Summaries - US Bank Acct 0300 | 00013872 | 00013872.07 |
| 0104 | 4/2/2025 | yes | yes | Bank Summaries - US Bank Acct 5374 | 00013873 | 00013873.02 |
| 0105 | 4/2/2025 | yes | yes | Bank Summaries - Wells Fargo Acct 2044 | 00013874 | 00013874 |
| 0106 | 4/2/2025 | yes | yes | Bank Summaries - Bank of America Acct 1713 | 00013858 | 00013858 |
| 0107 | 4/2/2025 | yes | yes | Bank Summaries - Garanti BBVA Acct 7739 | 00013868 | 00013868 |
| 0108A | 3/25/2025 | yes | yes | Check # 1203 - Bank of America - account of Serhat Gumrukcu ending 3104 | 00001791 | 00001791 |
| 0108B | 3/25/2025 | yes | yes | Check # 1202 - Bank of America - account of Serhat Gumrukcu ending 3104 | 00001792 | 00001792 |

| Plf. No | Date Offered | Marked | Admitted | Description of Exhibits* and Witnesses | Bates Begin | Bates End |
|---|---|---|---|---|---|---|
| 0108C | 3/25/2025 | yes | yes | Check # 1211 - Bank of America - account of Serhat Gumrukcu ending 3104 | 00001793 | 00001793 |
| 0108D | 3/25/2025 | yes | yes | Check # 1212 - Bank of America - account of Serhat Gumrukcu ending 3104 | 00001797 | 00001797 |
| 0110 | 3/17/2025 | yes | yes | FARO Scan | | |
| 0112A | 3/17/2025 | dem | No-dem | Davis Phone photograph | 00007968 | 00007968 |
| 0112B | 3/17/2025 | yes | yes | Davis Phone photograph | 00007969 | 00007969 |
| 0113A | 3/17/2025 | yes | yes | Vicki Klemz - Certificate of Authenticity of data copied from an electronic device | 00013819 | 00013819.02 |
| 0115 | 3/17/2025 | yes | yes | GAC phone MMS with DAVIS.pdf | 00013604 | 00013604.02 |
| 0115A | 3/17/2025, 3/25/2025 | yes | yes | 03/02/2016 Mode Lauran Account Details | 00013605 | 00013605 |
| 0116 | 3/17/2025, 3/25/2025 | yes | yes | GAC phone SMS with Davis | 00013629 | 00013629.151 |
| 0117 | 3/17/2025, 3/24/2025 | yes | yes | GAC phone MMS with GUMRUKCU.pdf | 00013608 | 00013608.02 |
| 0117A | 3/17/2025, 3/24/2025 | yes | yes | 01/01/2016 Photo of Gac and Serhat | 00013609 | 00013609 |
| 0117B | 3/17/2025 | yes | yes | 01/25/2016 Photo of Grey Boat | 00013611 | 00013611 |
| 0117C | 3/17/2025, 3/24/2025 | yes | yes | 03/02/2016 Mode Lauran Account Details | 00013619 | 00013619 |
| 0117D | 3/17/2025, 3/19/2025 | yes | yes | 05/13/2016 Photo of $490,000 Cashier's Check to Serhat | 00013621 | 00013621 |
| 0118 | 3/24/2025 | yes | yes | GAC phone SMS with Gumrukcu | 00013630 | 00013630.93 |
| 118A | 3/18/2025 | yes | yes | Cell Phone Extraction | | |
| 0119 | 3/17/2025 | yes | yes | GAC phone SMS and MMS with Mohammed | 00013628 | 00013628.15 |
| 0120 | 3/17/2025, 3/24/2025 | yes | yes | GAC phone SMS and MMS with Emre | 00014190 | 00014190.05 |
| 0121 | 3/24/2025 | | Dem only | Cyprus First Deal diagram | 00013352 | 00013352 |
| 0122 | 3/24/2025 | | Dem only | Mode Lauran Joint Venture chart | 00013354 | 00013354 |
| 0123A | 3/24/2025 | | Dem only | Mode Redemption Schematic Chart | 00013482 | 00013482 |
| 0123B | 3/24/2025 | | Dem only | Mode Redemption Schematic Chart | 00013482.02 | 00013482.02 |
| 0123C | 3/24/2025 | | Dem only | Mode Lauran Post-Redemption Structure chart | 00013478 | 00013478 |
| 0128A | 3/31/2025 | yes | yes | Attachment to email between Heather Stachnik, FBI and Gregory Gac on 6/27/17 | 00013833 | 00013833.05 |

| Plf. No | Date Offered | Marked | Admitted | Description of Exhibits* and Witnesses | Bates Begin | Bates End |
|---|---|---|---|---|---|---|
| 0128B | 3/31/2025 | yes | yes | Attachment to email between Heather Stachnik, FBI and Gregory Gac on 6/27/17 | 00013834 | 00013834.03 |
| 0130G | 3/24/2025 | yes | yes | 03/10/2015 Gregory Gac's Mode Lauran, LLC Handwritten Notes | GAC-00003412.119y | GAC-00003412.120 |
| 0141 | 3/24/2025 | yes | yes | 01/27/2015 Email from Serhat Gumrukcu to Gac re Bank Letter from Cyprus | GAC-00003000 | GAC-00003000.02 |
| 0143 | 3/24/2025 | yes | yes | 01/28/2015 Email from Serhat Gumrukcu to Gac re Update | GAC-00002991 | GAC-00002991 |
| 0144 | 3/18/2025 | yes | yes | 01/28/2015 Email from Serhat Gumrukcu to Gac re Assignment Letter and login information | GAC-00002988 | GAC-00002988.02 |
| 0144A | 3/18/2025 | yes | yes | 01/28/2015 Cyprus First Bank Letter to Gregg Davis | GAC-00002989 | GAC-00002989 |
| 0145 | | | | 01/28/2015 Email from Serhat Gumrukcu to Gac re Update | GAC-00002979 | GAC-00002979.02 |
| 0146 | 3/24/2025 | yes | yes | 01/28/2015 Email from Serhat Gumrukcu to Gac re Assignment Letter and login information | GAC-00002974 | GAC-00002974.02 |
| 0147 | 3/18/2025 | yes | yes | 01/28/2015 Email from Constantine Poryalis to Gregg Davis re Confirmation of fund assignment to Quadrant | GAC-00002971 | GAC-00002971 |
| 0147A | 3/18/2025 | yes | yes | 01/28/2015 Cyprus First Bank Letter to Gregg Davis | GAC-00002972 | GAC-00002972 |
| 0148 | 3/18/2025 | yes | yes | 01/28/2015 Email from Constantine Poryalis to Gac re Regarding Mail Delay | GAC-00002970 | GAC-00002970 |
| 0150 | 3/24/2025 | yes | yes | 01/29/2015 Email from Gac to Serhat Gumrukcu re Cyprus First Bank | GAC-00002959 | GAC-00002959 |
| 0151 | 3/24/2025 | yes | yes | 01/29/2015 Email from Grregg Davis to Gac re Serious Fraud Issue! | GAC-00002953 | GAC-00002953 |
| 0151A | 3/24/2025 | yes | yes | 01/28/2015 Cyprus First Bank Letter to Gregg Davis | GAC-00002954 | GAC-00002954 |
| 0151B | 3/24/2025 | yes | yes | Cyprus First Mobile Banking | GAC-00002955 | GAC-00002955 |
| 0154 | 3/24/2025 | yes | yes | 01/29/2015 Email from Gac to Serhat Gumrucku re Cyprus First Bank | GAC-00002916 | GAC-00002916.09 |
| 0155C | 3/24/2025 | yes | yes | 01/26/2015 Alchemyst Joint Venture Agreement | GAC-00002891 | GAC-00002891 |
| | | | | | | |

| Plf. No | Date Offered | Marked | Admitted | Description of Exhibits* and Witnesses | Bates Begin | Bates End |
|---------|--------------|--------|----------|----------------------------------------|-------------|-----------|
| 0156 | 3/24/2025 | yes | yes | 02/05/2015 Email from Murat Gumrukcu to Gac re Intro and Work | GAC-00002784 | GAC-00002784.05 |
| 0157 | 3/24/2025 | yes | yes | 02/06/2015 Email from Murat Gumrukcu to Gac re Christiana Bank | GAC-00002635 | GAC-00002635.03 |
| 0158A | 3/24/2025 | yes | yes | 02/05/2015 Commodity Trading Joint Venture Agreement | GAC-00002587 | GAC-00002587.06 |
| 0160 | 3/24/2025 | yes | yes | 02/23/2015 Email from Gac to Gregg Davis re HSBC LC Status? | GAC-00002393 | GAC-00002393.06 |
| 0164 | 3/18/2025 | yes | yes | 03/04/2015 Email from Tolga Senoz to Serhat Gumrukcu re Celebioglu Shell LC | GAC-00002231 | GAC-00002231.02 |
| 0165 | 3/18/2025 | yes | yes | 03/10/2015 Email from Tolga Senoz to Serht Gumrukcu Fw: Re: Mode Lauran Document | GAC-00002198 | GAC-00002198.03 |
| 0168 | 3/24/2025 | yes | yes | 04/06/2015 Email from Gac to Serhat Gumrukcu re Skerbank Concerns | GAC-00002032 | GAC-00002032.03 |
| 0175 | 3/18/2025 | yes | yes | 08/21/2015 Email from Murat Gumrukcu to Gac re Mode Lauran Deposit | GAC-00001760 | GAC-00001760 |
| 0176 | 3/18/2025 | yes | yes | 08/25/2015 Email from Murat Gumrukcu to Gac re Term Sheet Final | GAC-00001743 | GAC-00001743 |
| 0176A | 3/18/2025 | yes | yes | 08/25/2015 Mode Lauran Redemption Agreement | GAC-00001744 | GAC-00001744.04 |
| 0177 | 3/18/2025 | yes | yes | 09/07/2015 Email from Murat Gumrukcu to Gac re Mode Lauran Progress and Next Steps | GAC-00001696 | GAC-00001696.02 |
| 0179 | 3/24/2025 | yes | yes | 11/08/2015 Email from Gregg Davis to Serhat, Murat, Gac re Update…Criminal prosecution pending | GAC-00001627 | GAC-00001627.02 |
| 0180 | 3/24/2025 | yes | yes | 11/10/2015 Email from Serhat Gumrukcu to Gac re Mode Lauran Needed Items | GAC-00001625 | GAC-00001625 |
| 0181 | 3/18/2025 | yes | yes | 11/10/2015 Email from Murat Gumrukcu to Gac re Fully Executed Term Sheet | GAC-00001622 | GAC-00001622 |
| 0181A | 3/18/2025 | yes | yes | 11/09/2015 Mode Lauran LLC Redemption Agreement | GAC-00001623 | GAC-00001623.04 |
| 0182 | 3/24/2025 | yes | yes | 11/10/2015 Email from Murat Gumrukcu to Gac re Mode Lauran Amendment No. 1 | GAC-00001611 | GAC-00001611 |
| 0182A | 3/24/2025 | yes | yes | Mode Lauran LLC Remdemption Agreement | GAC-00001612 | GAC-00001612 |

| Plf. No | Date Offered | Marked | Admitted | Description of Exhibits* and Witnesses | Bates Begin | Bates End |
|---|---|---|---|---|---|---|
| 0183 | 3/18/2025 | yes | yes | 11/11/2015 Email from Murat Gumrukcu to Gac re Fully Executed ML Terms and Amendment 1 | GAC-00001601 | GAC-00001601.02 |
| 0183A | 3/18/2025 | yes | yes | 10/11/2015 Bank Wire Confirmation | GAC-00001602 | GAC-00001602 |
| 0183B | 3/18/2025 | yes | yes | 10/11/2015 Bank Wire Confirmation | GAC-00001603 | GAC-00001603 |
| 0185 | 3/18/2025 | yes | yes | 11/11/2015 Email from Gac to Murat Gumrukcu re Regarding Mr. Gregg's Behavior | GAC-00001595 | GAC-00001595.02 |
| 0186 | 3/24/2025 | yes | yes | 11/13/2015 Email from Murat Gumrukcu to Gac re Fully Executed ML Terms and Amendment 1 | GAC-00001582 | GAC-00001582.03 |
| 0186A | 3/18/2025 | yes | yes | 11/11/2015 Bank Wire Confirmation | GAC-00001583 | GAC-00001583 |
| 0186B | 3/18/2025 | yes | yes | 11/11/2015 Bank Wire Confirmation | GAC-00001584 | GAC-00001584 |
| 0188 | 3/24/2025 | yes | yes | 11/20/2015 Email from Murat Gumrukcu to Gac re No Funds Yet | GAC-00001556 | GAC-00001556.04 |
| 0188A | 3/18/2025 | yes | yes | Garanti Account Statement | GAC-00001557 | GAC-00001557 |
| 0189 | 3/18/2025, 3/24/2025 | yes | yes | 11/25/2015 Email from Murat Gumrukcu to Gac, Serhat re Updates | GAC-00001533 | GAC-00001533.03 |
| 0190 | 3/18/2025 | yes | yes | 12/06/2015 Email from Murat Gumrukcu to Gac re Resent Wire Transfers | GAC-00001486 | GAC-00001486.06 |
| 0191 | 3/24/2025 | yes | yes | 12/12/2015 Email from Gac to Murat Gumrukcu re Update | GAC-00001471 | GAC-00001471.02 |
| 0191A | 3/24/2025 | yes | yes | Gregory Davis Passport Photo | GAC-00001472 | GAC-00001472 |
| 0192 | 3/24/2025 | yes | yes | 12/12/2015 Email from Murat Gumrukcu to Gac re Update | GAC-00001470 | GAC-00001470.03 |
| 0194 | 3/24/2025 | yes | yes | 02/09/2016 Email from Murat Gumrukcu to Gac re Latest Happenings | GAC-00001295 | GAC-00001295.03 |
| 0195 | 3/24/2025 | yes | yes | 02/19/2016 Email from Emre Aras to Gac Fw: re: acct info and added signatory | GAC-00001280 | GAC-00001280.02 |
| 0195B | 3/24/2025 | yes | yes | Mode Lauran Account Details | GAC-00001281 | GAC-00001281 |
| 0198 | 3/24/2025 | yes | yes | 02/26/2016 Email from Gac to Gregg Davis re Wire Transfer Instructions | GAC-00001232 | GAC-00001232 |

| Plf. No | Date Offered | Marked | Admitted | Description of Exhibits* and Witnesses | Bates Begin | Bates End |
|---|---|---|---|---|---|---|
| 0198A | 3/24/2025 | yes | yes | 02/25/2016 NBAD Funds Transfer Request $1,000,000 2 Signatures | GAC-00001233 | GAC-00001233 |
| 0198B | 3/24/2025 | yes | yes | 02/26/2016 NBAD Fimds Transfer Request $2,000,000 2 Signatures | GAC-00001234 | GAC-00001234 |
| 0199 | 3/18/2025 | yes | yes | 03/23/2016 Gac Fax Received | GAC-00001132 | GAC-00001132 |
| 0199A | 3/18/2025 | yes | yes | 03/23/2016 NBAD Fax to Gac | GAC-00001133 | GAC-00001133 |
| 0200 | 3/24/2025 | yes | yes | 03/23/2016 Email from Gac to Murat Gumrukcu re Mode Concerns | GAC-00001130 | GAC-00001130.02 |
| 0204 | 3/18/2025 | yes | yes | 05/03/2016 Gac Fax Received | GAC-00001009 | GAC-00001009 |
| 0204A | 3/18/2025 | yes | Yes | Fax from NBAD Mode Lauran Account Statement | GAC-00001010 | GAC-00001010 |
| 0205 | 3/19/2025, 3/24/2025 | yes | yes | 05/04/2016 Email from Murat Gumrukcu to Gac re Items | GAC-00000991 | GAC-00000991 |
| 0205A | 3/19/2025 | yes | yes | Mode Lauran Account Information Screenshot $500,000 | GAC-00000992 | GAC-00000992 |
| 0205B | 3/19/2025 | yes | yes | Mode Lauran Account Information Screenshot $100,000 | GAC-00000993 | GAC-00000993 |
| 0206 | 3/19/2025, 3/24/2025 | yes | yes | 05/05/2016 Email from Murat Gumrukcu to Gac Fw:Fw: Nbad Screen | GAC-00000976 | GAC-00000976 |
| 0206A | 3/19/2025 | yes | yes | Mode Lauran Account Information Screenshot $900,000 | GAC-00000977 | GAC-00000977 |
| 0207 | 3/19/2025, 3/24/2025 | yes | yes | 05/05/2016 Email from Marwan Janashi to Serhat, Gac, Murat re Your current Account Statement | GAC-00000969 | GAC-00000969 |
| 0207A | 3/19/2025 | yes | yes | NBAD Account Statement for Mode Lauran | GAC-00000970 | GAC-00000970 |
| 0207B | 3/24/2025 | yes | yes | Document properties for Exhibit 0207A | 00013997 | 00013997 |
| 0208 | 3/25/2025 | yes | yes | 05/09/2016 Email from Murat Gumrukcu to Gac re Illinois Financing Partners | GAC-00000930 | GAC-00000930.07 |
| 0211 | 3/25/2025 | yes | yes | 05/11/2016 Email from Gac to Gregg Davis FW: Funding | GAC-00000899 | GAC-00000899.02 |
| 0211A | 3/19/2025 | yes | yes | Wells Fargo Account Screenshot Checking 1548 and 2261 | GAC-00000900 | GAC-00000900 |
| 0214 | 3/25/2025 | yes | yes | 05/23/2016 Email from Murat Gumrukcu to Gac re Quadrant Accounts Frozen | GAC-00000838 | GAC-00000838.07 |

| Plf. No | Date Offered | Marked | Admitted | Description of Exhibits* and Witnesses | Bates Begin | Bates End |
|---------|--------------|--------|----------|----------------------------------------|-------------|-----------|
| 0215 | 3/25/2025 | yes | yes | 06/03/2016 Email from Gac to Serhat Gumrukcu re Serhat | GAC-00000759 | GAC-00000759.07 |
| 0217 | 3/25/2025 | yes | yes | 06/14/2016 Email from Gac to Murat Gumrukcu re New Quadrant Bank Account | GAC-00000743 | GAC-00000743.02 |
| 0218 | 3/19/2025, 3/25/2025 | yes | yes | 06/14/2016 Email from Murat Gumrukcu to Gac re Mode Lauran LC Funds | GAC-00000740 | GAC-00000740 |
| 0218A | 3/19/2025 | yes | yes | 06/14/2016 Samba Financial Group Wire Transaction | GAC-00000741 | GAC-00000741 |
| 0220 | 3/19/2025, 3/25/2025 | yes | yes | 07/18/2016 Email from Murat Gumrukcu to Gac re Update and Schedule | GAC-00000698 | GAC-00000698 |
| 0220A | 3/19/2025 | yes | yes | 07/14/2016 Samba Financial Group Wire Transaction | GAC-00000699 | GAC-00000699 |
| 0222 | 3/25/2025 | yes | yes | 10/11/2016Email from Gac to Murat Gumrukcu re Funds Transfer | GAC-00000585 | GAC-00000585.03 |
| 0222A | 3/17/2025 | yes | yes | Gregory Davis US Passport | GAC-00000586 | GAC-00000586 |
| 0226 | 3/25/2025 | yes | yes | 12/13/2016 Email from Gac to Gregg Davis re UBS Confirm | GAC-00000397 | GAC-00000397 |
| 0226A | 3/19/2025 | yes | yes | Payment Confirmation sent to Gac | GAC-00000398 | GAC-00000398 |
| 0226B | 3/25/2025 | yes | yes | Document properties for Exhibit 0226A | 00013998 | 00013998 |
| 0227 | 3/25/2025 | yes | yes | 02/03/2017 Email from Gac to Serhat Gumrukcu re Mode Lauran | GAC-00000371 | GAC-00000371 |
| 0229 | 3/19/2025 | yes | yes | 02/12/2017 Email from Murat Gumrukcu to Gac re New Email Address | GAC-00000361 | GAC-00000361 |
| 0230 | 3/25/2025 | yes | yes | 03/29/2017 Email from Murat Gumrukcu to Gac re Trip to US | GAC-00000316 | GAC-00000316.12 |
| 0231 | 3/25/2025 | yes | yes | 05/02/2017 Email from Gac to Murat Gumrukcu re Mode Lauran | GAC-00000278 | GAC-00000278 |
| 0232 | 3/25/2025 | yes | yes | 05/02/2017 Email from Gac to Serhat Gumrukcu re Mode Transfer | GAC-00000277 | GAC-00000277 |
| 0233 | 3/25/2025 | yes | yes | 05/02/2017 Email from Gac to Gregg Davis re Escrow Payment | GAC-00000276 | GAC-00000276 |
| 0236 | 3/25/2025 | yes | Yes | 06/29/2017 Email from Murat Gumrukcu to Gac re NYC June 5th | GAC-00000222 | GAC-00000222.11 |
| 0237 | 3/19/2025 | yes | yes | 07/24/2017 Email Gac UBS CH Ebanking Registration | GAC-00000202 | GAC-00000202 |

| Plf. No | Date Offered | Marked | Admitted | Description of Exhibits* and Witnesses | Bates Begin | Bates End |
|---------|--------------|--------|----------|----------------------------------------|-------------|-----------|
| 0237A | 3/19/2025 | yes | yes | UBS Good for Business Brochure | GAC-00000203 | GAC-00000203.19 |
| 0237B | 3/19/2025 | yes | yes | UBS Banking packages and individual products | GAC-00000204 | GAC-00000204.30 |
| 0238 | 3/25/2025 | yes | yes | 07/28/2017 Email from Gac to Serhat Gumrukcu re UBS CH Ebanking Registration | GAC-00000192 | GAC-00000192 |
| 0239 | 3/19/2025 | yes | yes | 07/31/2017 Email Gac E-Banking Registration | GAC-00000181 | GAC-00000181 |
| 0240 | 3/19/2025 | yes | yes | 07/31/2017 Email Gac E-Banking Profile Confirmation | GAC-00000176 | GAC-00000176 |
| 0243 | 3/25/2025 | yes | yes | 10/06/2017 Email from Murat Gumrukcu to Gac re Sunday, September 17 | GAC-00000138 | GAC-00000138.08 |
| 0244 | 3/25/2025 | yes | yes | 12/20/2017 Email from Gac to Murat Gumrukcu re Mode Lauran - Quarterly Invoice (August) | GAC-00000082 | GAC-00000082.07 |
| 0245 | 3/25/2025 | yes | yes | 09/26/2017 Email from UBS to Gac re E-Banking Registration | 00013349 | 00013349 |
| 0248 | 3/25/2025 | yes | yes | 2/13/2017 Gregory Gac handwritten note | GAC-00003435.041 | GAC-00003435.041 |
| 0248A | 3/24/2025 | yes | yes | 9/11/2013 Gregory Gac handwritten note | GAC-00003435.103 | GAC-00003435.104 |
| 0248B | 3/24/2025 | yes | yes | 09/10/2013 Quadrant Letter to Serhat Gumrukcu | GAC-00003402 | GAC-00003402 |
| 0250 | 3/21/2025 | yes | yes | Google Play Threema Installation Records re BANKSAVS | 00013403 | 00013403 |
| 0252 | 3/21/2025 | yes | yes | 07/24/2017 Email from Berk Eratay to Berk Eratay re Gac Secure Banking | 00013525 | 00013525 |
| 0253A | 3/21/2025 | yes | yes | 07/24/2017 Attachment re Good for Business | 00013526 | 00013526 |
| 0253B | 3/21/2025 | yes | yes | UBS Good for Business Brochure | 00013527 | 00013527.19 |
| 0254 | 3/21/2025 | yes | yes | 07/24/2017 Attachment Services and Prices | 00013533 | 00013533 |
| 0254B | 3/21/2025 | yes | yes | UBS Services and Prices brochure | 00013535 | 00013535.30 |
| 0255 | 3/21/2025 | yes | yes | 07/24/2017 Email from Berk Eratay to Berk Eratay re UBS AG Zurch | 00013536 | 00013536 |
| 0256 | 3/21/2025 | yes | yes | 07/31/2017 Email from Berk Eratay to Berk Eratay re Gac e-banking profile | 00013537 | 00013537 |

| Plf. No | Date Offered | Marked | Admitted | Description of Exhibits* and Witnesses | Bates Begin | Bates End |
|---|---|---|---|---|---|---|
| 0257 | 3/19/2025 | yes | yes | 09/26/2017 Email from Rico Sen to Berk Eratay re Gac e-banking registration | 00013539 | 00013539 |
| 0258A | 3/21/2025 | yes | yes | 09/26/2017 Email from Berk Eratay to Berk Eratay re Gac contract and credentials | 00013542 | 00013542 |
| 0258B | 3/21/2025 | yes | yes | 09/26/2017 Email from Berk Eratay to Berk Eratay re Code | 00013528 | 00013528 |
| 0260 | 3/19/2025 | yes | yes | 02/10/2017 Email from Anderson Wittekind to Berk Eratay re Search Warrant | 00013547 | 00013547 |
| 0260A | 3/19/2025 | yes | yes | Attachment to 02/10/2017 Email - LAPD Serhat Gumrukcu Inmate Information Center | 00013548 | 00013548 |
| 0260B | 3/19/2025 | yes | yes | Attachment to 02/10/2017 Email - Signed County of Los Angeles Search Warrant | 00013549 | 00013549.03 |
| 0265 | 3/19/2025 | yes | yes | Email from Serhat Gumrukcu to Berk Eratay re loan document 4-17-2018 | BER-00144034 | BER-00144034 |
| 0265A | 3/19/2025 | yes | yes | Attachment to Ex. 0265 - Promissory Note - $220,000.00 | BER-00144034_1 | BER-00144034_1 |
| 0266 | 3/19/2025 | yes | yes | Email from Serhat Gumrukcu to Berk Eratay re loan document 4-17-2018 | BER-00144035 | BER-00144035 |
| 0266A | 3/19/2025 | yes | yes | Attachment to Ex. 0266 - Promissory Note - $305,000.00 | BER-00144035.1 | BER-00144035.1 |
| 0267 | 3/21/2025 | yes | yes | Google Subscriber Information | | |
| 0269 | 3/21/2025 | yes | yes | Google link berkeratay@gmail.com to muratsgumrukcu@gmail.com new sign on | 00013520 | 00013520.02 |
| 0270 | 3/21/2025 | yes | yes | Google link berkeratay@gmail.com to muratsgumrukcu@gmail.com account deleted | 00013521 | 00013521 |
| 0271 | 3/21/2025 | yes | yes | Google link berkeratay@gmail.com to muratsgumrukcu@gmail.com new sign on | 00013522 | 00013522.02 |
| 0272 | 3/21/2025 | yes | yes | Google link berkeratay@gmail.com to muratsgumrukcu@gmail.com account deleted | 00013523 | 00013523 |
| 0274 | 3/19/2025 | yes | yes | 07/27/2017 Person's Details | 00013513 | 00013513 |
| 0275 | 3/19/2025 | yes | yes | 07/27/2017 Person's Details w phone number | 00013514 | 00013514 |

| Plf. No | Date Offered | Marked | Admitted | Description of Exhibits* and Witnesses | Bates Begin | Bates End |
|---|---|---|---|---|---|---|
| 0277A | 3/21/2025 | yes | yes | 02/12/2017 murtagumrukcu@gmail.com new Google Account | 00013560 | 00013560.02 |
| 0280 | 3/21/2025 | yes | yes | Murtag accounts linked by cookies | 00013556 | 00013556 |
| 0281A | 3/19/2025 | yes | yes | MurtagSearch History | 00013557 | 00013557.150 |
| 0282A | 3/31/2025 | yes | yes | Chart of emails in Exhibit 282 | 00013970 | 00013970.46 |
| 0282B | 3/31/2025 | yes | yes | 11/11/2015 Email from Murat Gumrukcu to Serhat Gumrukcu Fwd Regarding Mr. Gregg's Behavior | SER-00013636 | SER-00013636.03 |
| 0284A | 3/21/2025 | yes | yes | serhat.gumrukcu@gmail.com Contact - Abim | 00013563 | 00013563 |
| 0284B | 3/21/2025 | yes | yes | serhat.gumrukcu@gmail.com Contact - Aron Ethridge | 00013563.02 | 00013563.02 |
| 0284C | 3/21/2025 | yes | yes | serhat.gumrukcu@gmail.com Contact - Berk Eratay | 00013563.03 | 00013563.03 |
| 0284D | 3/21/2025 | yes | yes | serhat.gumrukcu@gmail.com Contact - muratsgumrukcu@gmail.com | 00013563.04 | 00013563.04 |
| 0284E | 3/21/2025 | yes | yes | serhat.gumrukcu@gmail.com Contact - Ata Eratay | 00013563.05 | 00013563.05 |
| 0284F | 3/21/2025 | yes | yes | serhat.gumrukcu@gmail.com Contact - Dilek Eratay | 00013563.06 | 00013563.06 |
| 0284G | 3/21/2025 | yes | yes | serhat.gumrukcu@gmail.com Contact - Berk Eratay | 00013563.07 | 00013563.07 |
| 0284H | 3/21/2025 | yes | yes | serhat.gumrukcu@gmail.com Contact - Berk Eratay | 00013563.08 | 00013563.08 |
| 0287 | 3/21/2025 | | Dem only | Google Cookies Presentation | 00013568 | 00013568.08 |
| 0289 | 3/21/2025 | | Dem only | Creating a Google Contact Presentation | 00013565 | 00013565.14 |
| 0292 | 3/21/2025 | | Dem only | Deleting Google Account Presentation | 00013570 | 00013570.10 |
| 0300 | 4/2/2025 | yes | yes | Stip re Garanti Bank Records re Serhat Gumrukcu | 00014171 | 00014171.02 |
| 0300A | 4/2/2025 | yes | yes | Garanti Bank records - Acct No. 9086339 | 00012670_1 | 00012670_1.06 |
| 0300B | 4/2/2025 | yes | yes | Garanti Bank records - Acct No. 9086340 | 00012670_2 | 00012670_2 |
| 0300C | 4/2/2025 | yes | yes | Garanti Bank records - Acct No. 6627739 | 00012670_3 | 00012670_3 |
| 0301A | 4/2/2025 | yes | yes | English translation of Garanti Bank records - Acct No. 9086339 | 00012670_1E | 00012670_1E.06 |
| 0301B | 4/2/2025 | yes | yes | English translation of Garanti Bank records - Acct No. 9086340 | 00012670_2E | 00012670_2E |

| Plf. No | Date Offered | Marked | Admitted | Description of Exhibits* and Witnesses | Bates Begin | Bates End |
|---------|--------------|--------|----------|----------------------------------------|-------------|-----------|
| 0301C | 4/2/2025 | yes | yes | English translation of Garanti Bank records - Acct No. 6627739 | 00012670_3E | 00012670_3E |
| 0304A | 4/3/25 | yes | yes | Bitlo records for Serhat Gumrukcu - Deposits | 00014223 | 00014223 |
| 0305A | 4/3/2025 | yes | yes | English Translation of Bitlo records for Serhat Gumrukcu - Deposits | 00014227 | 00014227 |
| 0323 | 3/25/2025 | yes | yes | 02/27/2017 Email strings from Serhat to Carl Sandler, Wittekind re Dandrit- Dr. Etti, Rene Sindlev, Aldo Petersen | CS-00000002 | CS-00000002.02 |
| 0325 | 3/25/2025 | yes | yes | 04/23/2017 Email strings from Carl Sandler to Wittekind, Serhat re Follow Up | CS-00000021 | CS-00000021.05 |
| 0328 | 3/25/2025 | yes | yes | 01/07/2018 Email strings from Carl Sandler to Wittekind, Serhat re Taxes | CS-00000139 | CS-00000139.03 |
| 0334A | 3/25/2025 | yes | yes | 01/04/2018 Attorney letter about immigration status | EN-GJ_0057398 | EN-GJ_0057399 |
| 0334B | 3/25/2025 | yes | yes | 01/04/2018 email regarding attorney letter about immigration status | EN-GJ_0057400 | EN-GJ_0057402 |
| 0339 | 3/25/2025 | yes | yes | 04/18/2017 Email from Wittekind to Casper Daugaard re FW Serhat/Enoichian Status | SER-00000391 | SER-00000391 |
| 0344 | 3/25/2025 | yes | yes | 05/17/2017 Email from Carl Sandler to Rene Sindlev re HIV mouse studies | SER-00001780 | SER-00001780.04 |
| 0366 | 3/25/2025 | | Demonst. | Enochian Acquisition Chart | 00014112 | 00014112 |
| 0373 | 3/31/2025 | yes | yes | Ad hoc labs records | 00011205 | 00011205.03 |
| 0375A | 3/19/2025 | yes | yes | Still shot from video of interview of Murat Gumrukcu on 3/16/18 | 00014117 | 00014117 |
| 0379 | 3/21/2025 | yes | yes | Screenshots of Threema on Halis Kaya's cellphone all pages | 00011090 | 00011096 |
| 0382 | 3/21/2025 | yes | yes | Photo of 1B17 Evidence Bag and Front of Phone | 00013579 | 00013579 |
| 0383 | 3/21/2024 | yes | yes | Photo of 1B17 Evidence Bag and Back of Phone | 00013580 | 00013580 |
| 0388A | 3/21/2025 | yes | yes | Google certification for berkeratay@gmail.com | 00007719 | 00007719.07 |
| 0391 | 3/31/25 | yes | yes | Emails from the benkacev@gmail.com account | 00014020 | 00014020.08 |
| 0392A | 3/21/2025 | yes | yes | Google Certification for Ricosenocak@gmail.com | 00012959 | 00012959.06 |
| 0393A | 3/21/2025 | yes | yes | Google certification for banksavs@gmail.com | 00006387 | 0006387.04 |

| Plf. No | Date Offered | Marked | Admitted | Description of Exhibits* and Witnesses | Bates Begin | Bates End |
|---|---|---|---|---|---|---|
| 0396A | 3/21/2025 | yes | yes | Google certification for serhat.gumrukcu@gmail.com, muratsgumrukcu@gmail.com, murtagumrukcu@gmail.com and felisoutdoor@gmail.com | 00007720 | 00007720.17 |
| 0413 | 3/31/2025 | yes | yes | 20180104 - Letter from CA AG re Case Settlement | 00011166 | 00011166 |
| 0414 | 3/31/2025 | yes | yes | 20180103 - People v. Serhat Gumrukcu Counter Offer | 00011167 | 00011167.02 |
| 0416 | 3/25/2025 | yes | yes | Superior Court of California - Felony Complaint | 00012969 | 00012969.12 |
| 0417 | 3/31/2025 | yes | yes | Superior Court of California - Felony Information | 00012970 | 00012970.07 |
| 0441 | 3/25/2025 | yes | yes | 2018.02.16 DanDrit Enochian - Weird Science Consulting Agreement (Fully Executed) | 00013318 | 00013318.09 |
| 0442 | 3/25/2025 | yes | yes | 2017 Consulting Agreement.pdf | 00013910 | 00013910.08 |
| 0445 | 4/2/2025 | yes | yes | March 13, 2017 letter re Akyuz v. Gumrukcu | 00011426.56 | 00011426.57 |
| 0450 | 4/2/2025 | yes | yes | Sattler and Associates Client Ledger 1/1/18 - 8/31/18 - Serhat Gumrukcu | 00011426.02 | 00011426.09 |
| 0451 | 4/2/2025 | yes | yes | Sattler & Associates - Record of Authorization to Electronically File FBARs | 00011426.10 | 00011426.11 |
| 0452 | 4/2/2025 | yes | yes | Email from Gumrukcu to Troy Sattler re Conference Call Recap dated 7/28/18 | 00011427.35 | 00011427.35 |
| 0453 | 4/2/2025 | yes | yes | Garanti Bank statement provided to Sattler and Associates for Gumrukcu Acct ending 6339 | 00011427.31 | 00011427.33 |
| 0454 | 4/2/2025 | yes | yes | Garanti Bank statement provided to Sattler and Associates for Gumrukcu Acct ending 6340 | 00011427.34 | 00011427.34 |
| 0455 | 3/31/2025 | yes | yes | Photograph of Jerry Banks entering Walmart | 00003799 | 00003799 |
| 0456C | 4/2/2025 | yes | yes | Transactions removed from Garanti Bank Statements | 00014199.03 | 00014199.03 |
| 0460 | 4/2/2025 | yes | yes | FBAR Transcript re Serhat D. Gumrukcu | 00013436 | 00013436.04 |
| 0461 | 3/31/2025 | yes | yes | Audio recording of 911 call | | |
| 0461A | 3/31/2025 | yes | yes | Enhanced 911 Board 911 Call detail record | 00014029 | 00014029 |
| 0461B | 3/31/2025 | yes | yes | Map of 911 Call Address | 00014192 | 00014192 |
| 0462 | 3/31/2025 | yes | yes | Photograph of white explorer at Walmart | 00003797 | 00003797 |

| Plf. No | Date Offered | Marked | Admitted | Description of Exhibits* and Witnesses | Bates Begin | Bates End |
|---|---|---|---|---|---|---|
| 0463 | 3/31/2025 | yes | yes | Walmart video - parking car - Clip | | |
| 0464 | 3/31/2025 | yes | yes | Walmart video - walking in | | |
| 0465 | 3/31/2025 | yes | yes | Walmart video - walking around in store - Clip | | |
| 0466 | 3/31/2025 | yes | yes | Walmart video - phone purchase | | |
| 0467 | 3/31/2025 | yes | yes | Walmart video - walking out | | |
| 0468A | 3/31/2025 | yes | yes | 1/5/18 - Walmart receipt, Clearfield, PA | 00013272 | 00013272.02 |
| 0468B | 3/31/2025 | yes | yes | 11/13/17 - Walmart receipt, Oak Grove, MO | 00013272.03 | 00013272.04 |
| 0468C | 3/31/2025 | yes | yes | 1/4/18 - Walmart receipt, Dexter, MO | 00013272.05 | 00013272.06 |
| 0469 | 3/31/2025 | yes | yes | Phone Purchase Exhibit_Item Details | 00013437 | 00013437.04 |
| 0471 | 3/31/2025 | yes | yes | Hoyland Map | 00013817 | 00013817 |
| 0472 | 3/31/2025 | yes | yes | Store Satellite Views | 00013438 | 00013438.03 |
| 0473 | 3/31/2025 | | Demon only | CAST Analysis Presentation | 00014204 | 00014204 |
| 0483 | 4/2/2025 | yes | yes | Interview of Aron Ethridge on 4-9-2022 - first 10 minutes | | |
| 0485 | 3/18/2025 | yes | yes | Photograph of 1137 Sport of Kings Avenue, Henderson, NV | 00012682 | 00012682 |
| 0486 | 4/3/25 | yes | yes | Bitlo Woodford Chart | 00013902 | 00013902 |
| 0491 | 4/3/25 | yes | yes | Reactor Chart | 00013968 | 00013968 |
| 0493 | 4/1/2025 | yes | yes | Coinflip documents | 00012138.03 | 00012138.15 |
| 0497 | 3/31/2025 | yes | yes | Inteview of Serhat Gumrukcu on 4-10-2018 - Part 1 | | |
| 0497B | 3/31/2025 | yes | yes | 1426 Queens Road Photo | 00014220 | 00014220 |
| 0509 | 3/18/2025 | yes | yes | Photo of Serhat Gumrukcu | 00014203 | 00014203 |
| 0510 | 3/18/2025 | yes | yes | Photograph of Berk Eratay | 00013836 | 00013836 |
| 0511 | 3/18/2025 | yes | yes | Photograph of Aron Ethridge | 00014231 | 00014231 |
| 0512 | 4/1/2025 | yes | yes | Photograph of Jerry Banks | 00007633 | 00007633 |
| 0517 | 3/21/2025 | yes | yes | Google Subscriber Information ricosenocak@gmail.com | 00013561 | 00013561.02 |
| 0518 | 3/21/2025 | yes | yes | Hannah Erwin - Extraction Authentication 1B86.pdf | 00013591 | 00013591.02 |
| 0525 | 3/21/2025 | yes | yes | Photograph of 1B86, iPhone 13 Pro Max | 00014032 | 00014032 |
| 0525A | 3/21/2025 | yes | yes | Photograph of drive containing extraction of 1B86 | 00014033 | 00014033 |
| 0525B | 3/21/2025 | yes | yes | 1B86 GrayKey Progress Report | 00014034 | 00014034 |
| 0526A | 3/21/2025 | yes | yes | Time Zone Artifact | 00014034.02 | 00014034.02 |
| 0526B | 3/21/2025 | yes | yes | Map of time zones | 00014035 | 00014035 |
| 0527 | 3/21/2025 | yes | yes | 1B86 - Artifact Evidence 702-336-2264 | 00014036 | 00014036 |
| 0528 | 3/21/202d | dem | only | 1B86 - iphone Flow Chart | 00014037 | 00014037 |

| Plf. No | Date Offered | Marked | Admitted | Description of Exhibits* and Witnesses | Bates Begin | Bates End |
|---|---|---|---|---|---|---|
| 0528A | 3/21/2025 | dem | only | 1B86 - iPhone Flow Chart | 00014038 | 00014038 |
| 0528B | 3/21/2025 | yes | yes | 1B86 - Artifact Evidence 12/13/2016 | 00014039 | 00014039 |
| 0528C | 3/21/2025 | yes | yes | 1B86 - 12/13/2016 Email Data | 00014040 | 00014040.02 |
| 0529A | 3/21/2025 | | Dem only | 1B86 - Email Synchronization POP3 Flow Chart | 00014058 | 00014058 |
| 0529B | 3/21/2025 | | Dem only | 1B86 - Email Synchronization IMAP Flow Chart | 00014059 | 00014059 |
| 0530 | 3/24/2025 | yes | yes | 12/16/16 Email from muratsgumrukcu to berkeratayre Payment Conrifmation | 00014180 | 00014180 |
| 0531 | 3/24/2025 | yes | yes | 1B86 - Artifact Information 01/26/2015 Email | 00014060 | 00014060 |
| 0531A | 3/24/2025 | yes | yes | 1B86 - Email Information 01/26/2015 | 00014061 | 00014061 |
| 0532 | 3/24/2025 | yes | yes | 1B86 - Artifact Information 01/28/2015 | 00014062 | 00014062 |
| 0532A | 3/24/2025 | yes | yes | 1B86 - Email Information 01/28/2015 | 00014063 | 00014063 |
| 0534 | 3/24/2025 | yes | yes | 1B86 - Artifact Information 01/28/2015 | 00014066 | 00014066 |
| 0534A | 3/24/2025 | yes | yes | 1B86 - Email Information 01/28/2015 | 00014067 | 00014067 |
| 0535 | 3/24/2025 | yes | yes | 1B86 - Artifact Information 01/28/2015 | 00014068 | 00014068 |
| 0535A | 3/24/2025 | yes | yes | 1B86 - Email Information 01/28/2015 | 00014069 | 00014069 |
| 0536 | 3/24/2025 | yes | yes | 1B86 - Artifact Information 01/28/2015 | 00014070 | 00014070 |
| 0536A | 3/24/2025 | yes | yes | 1B86 - Email Information 01/28/2015 | 00014071 | 00014071 |
| 0537 | 3/24/2025 | yes | yes | 1B86 - Artifact Information 01/28/2015 | 00014072 | 00014072 |
| 0537A | 3/24/2025 | yes | yes | 1B86 - Email Information 01/28/2015 | 00014073 | 00014073 |
| 0539 | 3/24/2025 | yes | yes | 1B86 - Artifact Information 02/03/2015 | 00014076 | 00014076 |
| 0539A | 3/24/2025 | yes | yes | 1B86 - Email Information 02/03/2015 | 00014077 | 00014077 |
| 0540 | 3/24/2025 | yes | yes | 1B86 - Artifact Information 03/04/2015 | 00014078 | 00014078 |
| 0540A | 3/24/2025 | yes | yes | 1B86 - Email Information 03/04/2015 | 00014079 | 00014079 |
| 0541 | 3/24/2025 | yes | yes | 1B86 - Artifact Information 03/10/2015 | 00014080 | 00014080 |
| 0541A | 3/18/2025 | yes | yes | 1B86 - Email Information 03/10/2015 | 00014081 | 00014081 |

| Plf. No | Date Offered | Marked | Admitted | Description of Exhibits* and Witnesses | Bates Begin | Bates End |
|---|---|---|---|---|---|---|
| 0542 | 3/24/2025 | yes | yes | 1B86 - Artifact Information 08/25/2015 | 00014082 | 00014082 |
| 0542A | 3/24/2025 | yes | yes | 1B86 - Email Information 08/25/2015 | 00014083 | 00014083.02 |
| 0543 | 3/24/2025 | yes | yes | 1B86 - Artifact Information 11/10/2015 | 00014084 | 00014084 |
| 0543A | 3/24/2025 | yes | yes | 1B86 - Email Information 11/10/2015 | 00014085 | 00014085.02 |
| 0544 | 3/24/2025 | yes | yes | 1B86 - Artifact Information 11/11/2015 | 00014086 | 00014086 |
| 0544A | 3/24/2025 | yes | yes | 1B86 - Email Information 11/11/2015 | 00014087 | 00014087 |
| 0545 | 3/24/2025 | yes | yes | 1B86 - Artifact Information 11/13/2015 | 00014088 | 00014088 |
| 0545A | 3/24/2025 | yes | yes | 1B86 - Email Information 11/13/2015 | 00014089 | 00014089.02 |
| 0546 | 3/24/2025 | yes | yes | 1B86 - Artifact Information 05/02/2016 | 00014090 | 00014090 |
| 0546A | 3/24/2025 | yes | yes | 1B86 - Email Information 05/02/2016 | 00014091 | 00014091.02 |
| 0547 | 3/24/2025 | yes | yes | 1B86 - Artifact Information 05/02/2016 | 00014092 | 00014092 |
| 0547A | 3/24/2025 | yes | yes | 1B86 - Email Information 05/02/2016 | 00014093 | 00014093.02 |
| 0548 | 3/24/2025 | yes | yes | 1B86 - Artifact Information 05/05/2016 | 00014094 | 00014094 |
| 0548A | 3/24/2025 | yes | yes | 1B86 - Email Information 05/05/2016 | 00014095 | 00014095.02 |
| 0549 | 3/24/2025 | yes | yes | 1B86 - Artifact Information 07/15/2016 | 00014096 | 00014096 |
| 0549A | 3/24/2025 | yes | yes | 1B86 - Email  Information 07/15/2016 | 00014097 | 00014097.02 |
| 0550 | 3/24/2025 | yes | yes | 1B86 - Data Flow Chart | 00014098 | 00014098 |
| 0552 | 3/24/2025 | yes | yes | 4/7/22 Timeline | 00014181 | 00014181 |
| 0552A | 3/24/2025 | yes | yes | 1B86 - Artifact Information 04/07/2022 Audio | 00014101 | 00014101 |
| 0552B | 3/24/2025 | yes | yes | 1B86 - Artifact Information Aron Ethridge | 00014102 | 00014102 |
| 0552C | 3/24/2025 | yes | yes | 1B86 - Artifact Information 04/07/2022 iOS Call Logs | 00014103 | 00014103 |
| 0552D | 3/24/2025 | yes | yes | 1B86 - Artifact Information 04/07/2022 iOS Call Logs | 00014104 | 00014104 |
| 0552E | 3/24/2025 | yes | yes | Apple Contact for Liam Anderson Wittekind | 00014182 | 00014182 |
| 0553 | 3/24/2025 | yes | yes | 1B86 - Artifact Information Apple Notes | 00014105 | 00014105 |
| 0553A | 3/24/2025 | yes | yes | 1B86 - Apple Note | 00014106 | 00014106.03 |
| 0553B | 3/19/2025 | yes | yes | 1B68 - Apple Note Viewer | 00014107 | 00014107.09 |

| Plf. No | Date Offered | Marked | Admitted | Description of Exhibits* and Witnesses | Bates Begin | Bates End |
|---|---|---|---|---|---|---|
| 0554 | 3/24/2025 | yes | Dem only | Threema web page exhibit | 00014183 | 00014183 |
| 0555D | 3/19/2025 | yes | yes | Berk Phone (1B86): Threema Conversation - original  Redacted | 00014245 | 00014245.24 |
| 0555E | 3/19/2025 | yes | yes | Berk Phone (1B86): Threema Conversation - Berk translation  Redacted | 00014246 | 00014246.28 |
| 0556 | 3/24/2025 | yes | yes | Threema artifact | 00014184 | 00014184 |
| 0560 | 3/21/2025 | yes | yes | Photograph of 1B17 - iPhone 6s | 00014124 | 00014124 |
| 0560A | 3/24/2025 | yes | yes | Photograph of 1B99 - Master Copy of 1B17 Extraction | 00014125 | 00014125 |
| 0560B | 3/24/2025 | yes | yes | 1B17 - Cellebrite Extraction Summary | 00014126 | 00014126 |
| 0561 | 3/24/2025 | yes | yes | 1B17 - Cellbrite Extraction Summary Home Section | 00014127 | 00014127 |
| 0561B | 3/24/2025 | yes | yes | 1B17 - 702-426-6344 Useage Dates | 00014129 | 00014129 |
| 0561D | 3/24/2025 | yes | yes | 1B17 - Cellebrite Analyzed Data Section | 00014131 | 00014131 |
| 0562 | 3/24/2025 | yes | yes | 1B17 - Search String "murtagumrukcu" | 00014138 | 00014138 |
| 0562A | 3/24/2025 | yes | yes | 1B17 - Search String "muratsgumrukcu" | 00014139 | 00014139 |
| 0562B | 3/24/2025 | yes | yes | 1B17 - Search String "gac@quadfin" | 00014140 | 00014140 |
| 0562C | 3/24/2025 | yes | yes | 1B17 - Search String "Gregory Gac" | 00014141 | 00014141 |
| 0562D | 3/24/2025 | yes | yes | 1B17 - Search String "gregg" | 00014142 | 00014142 |
| 0562E | 3/24/2025 | yes | yes | 1B17 - Search String "Gac" | 00014143 | 00014143 |
| 0563 | 3/24/2025 | yes | yes | 1B17 - Emails filtered sent to Serhat | 00014145 | 00014145 |
| 0563A | 3/24/2025 | yes | yes | 1B17 - Emails filtered sent from Serhat | 00014146 | 00014146 |
| 0564 | 3/24/2025 | yes | yes | 1B17 - Emails filtered sent to Berk Eratay | 00014147 | 00014147 |
| 0564A | 3/24/2025 | yes | yes | 1B17 - Emails filtered sent from Berk Eratay | 00014148 | 00014148 |
| 0565 | 3/24/2025 | yes | yes | 1B17 - Chats filtered by application Threema Conversation 1 | 00014149 | 00014149 |
| 0566 | 3/24/2025 | yes | yes | 1B17 - Chats filtered by application Threema Conversation 2 | 00014150 | 00014150 |
| 0567 | 3/24/2025 | yes | yes | 1B17 - Chats filtered by application Threema Conversation 3 | 00014151 | 00014151 |
| 0571 | 3/24/2025 | yes | yes | 1B17 - Search String "Murat Gumrukcu" | 00014155 | 00014155 |

| Plf. No | Date Offered | Marked | Admitted | Description of Exhibits* and Witnesses | Bates Begin | Bates End |
|---|---|---|---|---|---|---|
| 0571A | 3/24/2025 | yes | yes | 1B17 - Attachment to "Murat Gumruku" Search Registration Document | 00014156 | 00014156 |
| 0723 | 3/19/2025 | yes | yes | Photograph of "Pizza Place" | 00014188 | 00014188 |
| 0724 | 4/1/2025 | yes | yes | Photograph of River Street Park, Henderson, Nevada | 00014189 | 00014189 |
| 0725 | 3/21/2025 | yes | yes | Jordan_Certification_103553.pdf | 00014010 | 00014010.02 |
| 0727 | 4/1/2025 | yes | yes | Photo of Ethridge with VSP contact | 00011144 | 00011144 |
| 0728 | 3/18/2025 | yes | yes | Emkei.cz Website Screenshot | 00014193 | 00014193 |
| 0729 | 4/1/2025 | yes | yes | Photo of Aron Ethridge at Gas Station | 00014194 | 00014194 |
| 0731 | 3/18/2025 | yes | yes | 02/23/2016 Email from Berk to Serhat re Ermes Salary Letter | SER-00014878 | SER-00014878 |
| 0731A | 3/18/2025 | yes | yes | 11/29/2014 Berk Eratay Salary Letter | SER-00014879 | SER-00014879 |
| 0732 | 3/19/2025 | yes | yes | Photo of Taco Gordo | 00014281 | 00014281 |
| 0735 | 3/18/2025 | yes | yes | Signed Custodian Certification Stipulation | 00014272 | 00014272.05 |
| 800 | 3/21/2025 | yes | yes | Axiom report | | |
| 801 | 3/21/2025 | yes | yes | Forensic report | | |
| 802 | 3/21/2025 | yes | yes | Forensic report | | |
| 804 | 3/27/2025 | yes | yes | Email string  4/1/2015 | | |
| 805 | 3/27/2025 | yes | yes | 4/14/2015 Email string | | |
| 803 | 3/27/2025 | yes | yes | Swift Wire transfer | | |
| 808 | 3/31/2025 | yes | yes | Stipulation Re: Benjamen Kacev | | |
| 1060 | 3/25/2025, 3/27/2025 | yes | yes | Payment Schedule Gac witness | | |
| 1086 | 4/08/25 | yes | yes | MLAT letter 8/28/2024 | | |
| 1087 | 4/8/2025 | yes | yes | MLAT letter 8/28/2024t | | |
| 391B | 4/15/2025 | yes | yes | Google information | | |
| 601 | 4/15/2025 | yes | yes | Agreement | | |
| 600C | 4/15/2025 | yes | yes | Beverly Hills Escrow | | |
| 602 | 4/15/2025 | yes | yes | Email to Ersin | | |
| 602a | 4/15/2025 | yes | yes | Transfer | | |
| 602b | 4/15/2025 | yes | yes | Transfer | | |
| 602c | 4/15/2025 | yes | yes | transfer | | |
| 605 | 4/15/2025 | yes | yes | Petition to remove conditions on residence | | |
| 703 | 4/15/2025 | yes | yes | Email with Archer | | |
| 703a | 4/15/2025 | yes | yes | Swift confirmation transaction | | |
| 320 | 4/15/2025 | yes | yes | Check | | |
| 321 | 4/15/2025 | yes | yes | check | | |
| 1117 | 4/15/2025 | yes | yes | Photo with Paulovich patient | | |
| 641 | 4/16/2025 | yes | yes | Email to Bettinger Re: Patient 1 | | |
| 641A | 4/16/2025 | yes | yes | Cimino Blood test results | | |

| Plf. No | Date Offered | Marked | Admitted | Description of Exhibits* and Witnesses | Bates Begin | Bates End |
|---|---|---|---|---|---|---|
| 901 | 4/16/2025 | yes | yes | Email to Eric Leire 6/28/2017 | | |
| 902 | 4/16/2025 | yes | yes | Email to Ms. McCale | | |
| 904a | 4/16/2025 | yes | yes | Degree 2004 | | |
| 916 | 4/16/2025 | yes | yes | Email to Enochian re: medical degrees 11/29/2019 | | |
| 917 | 4/16/2025 | yes | yes | Email to Enochian re: medical degrees | | |
| 917a | 4/16/2025 | yes | yes | Attachment to email russian/english translation re: medical training in Russia | | |
| 918a | 4/16/2025 | yes | yes | Educational credentials sent to Enochian | | |
| 922a | 4/16/2025 | yes | yes | Text to Berl Eratay | | |
| 922b | 4/16/2025 | yes | yes | Translation of text to Berk Eratay | | |
| 630 | 4/16/2025 | yes | yes | House on Curson Avenue | | |
| 631 | 4/16/2025 | yes | yes | Back of house on Curson Avenue | | |
| 555a | 4/162025 | yes | yes | Unredacted Threema Conversations Serhat Gumrukcu and Berk Eratay | | |