✎ AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF     VERMONT

| UNITED STATES OF AMERICA | **EXHIBIT AND WITNESS LIST** |
|---|---|
| V. | |
| SERHAT GUMRUKCU | Case Number: 2:22-cr-058-1 |

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Chief Judge Christina Reiss | AUSA Van de Graaf, Stendig | Ethan Balogh, Esq., Susan Marcus, Es |
| **TRIAL DATE (S)** | **COURT REPORTER** | **COURTROOM DEPUTY** |
| 3/14-4/18/2025 | Johanna Masse | Jennifer Ruddy |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | 4/10/2025 | | | Barbara Annis |
| | | 4/8/2025 | | | Keith Bartleson |
| | | 4/9/2025 | | | Ester Ben-Zion |
| | | 4/10/2025 | | | Dennis Cooper |
| | | 4/10/2025 | | | Jeffrey Drew |
| | | 4/8/2025 | | | Patrick Hanna |
| | | 4/10/2025 | | | David Hardy |
| | | 4/8/2025 | | | Ilonka Harezi |
| | | 4/9/2025 | | | Harry Nelson |
| | | 4/10/2025 | | | Adiela Pineda |
| | | 4/11/2025 | | | Karina Vakhovsky |
| | | 4/8/2025 | | | Oliver von Bahner |
| | | 4/7/2025 | | | Berk Eratay |
| | | 4/8/2025 | | | Berk Eratay |
| | | 4/9/2025 | | | Gregory Howell |
| | | 4/11/2025 | | | Samuel Cimino |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of    1    Pages