# UNITED STATES DISTRICT COURT
## DISTRICT OF VERMONT

United States of America

v.

## Serhat Gumrukcu

**GOVERNMENT'S
WITNESS LIST**

Case Number:    2:22-cr-58

| PRESIDING JUDGE<br><br>Hon. Christina C. Reiss | PLAINTIFF'S ATTORNEY<br>AUSA Paul J. Van de Graaf<br>AUSA Zachary B. Stendig | DEFENDANT'S ATTORNEY<br>Susan K. Marcus, Esq.<br>Ethan A. Balogh, Esq. |
|---|---|---|
| TRIAL DATE(S):<br>03/14/2025 – 04/18/2025 | COURT REPORTER<br>Johanna Masse | COURTROOM DEPUTY<br>Jennifer Ruddy |

| Date Offered | | | Description of Exhibits* and Witnesses | | |
|---|---|---|---|---|---|
| 3/18/2025 | | | Baker, Angela | | |
| 4/4/2025 | | | Banks, Jerry | | |
| 3/31/2025, 4/1/2025 | | | Baxter, Todd | | |
| 3/17/2025 | | | Bundock, Elizabeth | | |
| 3/17/2025 | | | Davis, Melissa | | |
| 3/17/2025 | | | Despins, Christopher | | |
| 3/17/2025 | | | Ekstrom, Matthew | | |
| 3/18/2025, 3/19/2025 | 3/20/2025 | 3/21/2025 | Eratay, Berk | | |
| 4/1/2025, 4/2/2025 | | | Ethridge, Aron | | |
| 3/24/2025, 3/25/2025 | 3/26/2025 | 3/27/2025 | Gac, Gregory | | |
| 3/31/2025 | | | Hanley, Elaine | | |
| 3/31/2025 | | | Howard, Natasha | | |
| 3/31/2025 | | | Hoyland, Kevin | | |
| 3/18/2025 | | | Kinney, Tyson | | |
| 3/17/2025 | | | Letourneau, Jason | | |
| 3/21/2025, 3/24/2025 | | | Link, Roderick | | |
| 3/21/2025 | | | McPeak, Christopher | | |
| 4/2/2025 | | | Ostrum, Anders | | |
| 4/2/2025 | | | Phillips-Kaya, Deanna J. | | |

| Plf. No | Date Offered | Marked | Admitted | Description of Exhibits* and Witnesses | Bates Begin | Bates End |
|---|---|---|---|---|---|---|
|  | 3/21/2025 |  |  | Pike, Christopher |  |  |
|  | 3/25/2025 |  |  | Sandler, Carl |  |  |
|  | 3/21/2025 |  |  | Scott, Kristen |  |  |
|  | 4/2/2025 |  |  | Sosa, Rosemary |  |  |
|  | 3/31/2025 |  |  | Stephenson, Jeffrey |  |  |
|  | 4/2/2025 | 4/3/2025 |  | Westfall, Richard |  |  |
|  | 3/31/2025 |  |  | Williamson, Brandi |  |  |
|  | 4/3/2025 |  |  | Woodford, Justin |  |  |
|  |  |  |  | Various Business Custodians |  |  |