UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2025 APR 18 PM 3:49

CLERK

BY _____(signature)_____
DEPUTY CLERK

UNITED STATES OF AMERICA,        )
                                 )
v.                               )    Case No. 5:22-cr-00058 – 1
                                 )
SERHAT GUMRUKCU                  )

## VERDICT FORM

**Count One:**

As to the charge that the defendant, SERHAT GUMRUKCU, knowingly and intentionally conspired with others to cause Jerry Banks to travel in interstate commerce, and to use facilities of interstate commerce, with the intent that the murder of Gregory Davis be committed, in violation of the laws of Vermont, as consideration for the receipt of, and as consideration for a promise and agreement to pay, something of pecuniary value, and the death of Gregory Davis resulted, do you unanimously find him not guilty or guilty:

Not Guilty _____    Guilty __X__

**Count Two:**

As to the charge that the defendant, SERHAT GUMRUKCU, knowingly caused Jerry Banks to travel in interstate commerce with the intent that the murder of Gregory Davis be committed, in violation of the laws of the State of Vermont, as consideration for the receipt of, and as consideration for a promise and agreement to pay, something of pecuniary value, and the death of Gregory Davis resulted, do you unanimously find him not guilty or guilty:

Not Guilty _____    Guilty __X__

**Count Three:**

As to the charge that the defendant, SERHAT GUMRUKCU, knowingly and willfully conspired with others to commit wire fraud by devising and executing a scheme to defraud, whose dual objects were to deprive Gregory Gac of his personal funds expended on behalf of Lauran Trading and/or to deprive Gregory Davis of the funds due to him through Mode under the Redemption Agreement, do you unanimously find him not guilty or guilty:

      **Not Guilty** \_\_\_\_    **Guilty** _X_

SO SAY WE ALL.

_____    4/18/2025
**Signature of the Foreperson**              **Date**