## AFFIDAVIT OF WILLIAM ANDERSON WITTEKIND

STATE OF CALIFORNIA
COUNTY OF LOS ANGELES

BEFORE ME, the undersigned authority, personally appeared William Anderson Wittekind, who being first duly sworn upon oath, deposes and states as follows:

1. **Personal Capacity and Authority.** I am over the age of eighteen (18) years, of sound mind, and competent to make this affidavit. I have personal knowledge of the facts stated herein, and they are true and correct to the best of my knowledge, information, and belief.
2. **Power of Attorney.** I am the duly appointed attorney-in-fact for Serhat Gumrukcu pursuant to a valid Power of Attorney.
3. **Status of Bank Accounts.** Upon information and belief, Serhat Gumrukcu maintains no open or active bank accounts domestically or internationally.
4. **Real Property Encumbrances.** The real property located at 1743 North Curson Avenue, Los Angeles, California 90046 (hereinafter "Subject Property") is encumbered by tax liens and a mortgage that is currently in default. Foreclosure proceedings are imminent. The anticipated proceeds from any sale of the Subject Property will be insufficient to satisfy the outstanding mortgage balance and existing liens.
5. **Securities Subject to Judgment.** JP Morgan Chase & Co. has provided notice to Serhat Gumrukcu that all securities held in his name are subject to a pre-judgment attachment entered in the Estate of Melissa Davis.
6. **Bankruptcy Proceedings.** I am actively pursuing relief under the United States Bankruptcy Code due to severe financial distress. Current aggregate debts exceed Eight Million Dollars ($8,000,000.00).
7. **Loss of Primary Income.** Serhat Gumrukcu served as the primary income earner for our household. Since the commencement of his legal and financial difficulties all business operations were stopped which caused me to suffer severe financial devastation.
8. **Source of Income.** My sole source of income consists of loans extended to me by my father.
9. **Litigation Defense Burden.** I have been compelled to defend against multiple civil actions initiated by, including but not limited to: Enochian Biosciences aka Renovaro Biosciences aka Lanai Holdings, and the Estate of Melissa Davis. These legal proceedings have resulted in substantial financial and emotional hardship.
10. **Current Financial Status.** All credit facilities available to me have been exhausted to their maximum limits. I possess no liquid assets sufficient to meet current financial obligations.
11. **Restricted Securities Holdings.** I personally own restricted shares in Enochian Biosciences aka Renovaro Biosciences aka Lanai Holdings. These securities remain subject to transfer restrictions, as the issuing companies have refused to remove such restrictions to permit conversion to freely tradeable shares.
12. **Market Value of Holdings.** Even if the aforementioned restrictions were removed, the current market value of said securities is a fraction of the original value and does not satisfy tax burden and liens.

**FURTHER AFFIANT SAYETH NOT.**

I declare under penalty of perjury under the laws of the United States of America that the foregoing statements are true and correct.

**EXECUTED** this _____ day of _____, 2025. 10th November

William Anderson Wittekind
Affiant
*[signature]*

**VERIFICATION**

**STATE OF** _____ Texas
**COUNTY OF** _____ Williamson

**SUBSCRIBED AND SWORN TO** before me, a Notary Public in and for said County and State, this _____ day of _____, 2025, by William Anderson Wittekind, who is personally 10th November known to me or who has produced _____ as identification. DRIVER LICENSE

*[signature]*
Notary Public Signature

Christopher Kaositadima Isibor

Printed Name of Notary Public

Commission Number: _____
132363262
My Commission Expires: _____ 02/18/2028

[NOTARY SEAL]

Christopher Kaositadima Isibor
ID NUMBER
132363262
COMMISSION EXPIRES
February 18, 2028

Electronically signed and notarized online using the Proof platform.